(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 9:11- cv8o110-Cohn

Allen carl green
_____
Plaintiff(s)

v.

Boca Raton Resort & Club
Exec. Chef Donna winters,
Chef John Budolph, Ingred garcia
Jennifer Wright, Attorney: Piero Bussani
Defendant(s)

FILED by _____ D.C.

MAY 20 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Notice of Filling EXZiBts
Motion to Proceed
(TITLE OF DOCUMENT)

I, Allen green _____ plaintiff or defendant, in the above styled cause, SuBmit
EXZiBit A thru Z, / Documents,
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Certificate of Service**

I  Allen green  , certify that on this date  5-20-2011  a true copy

of the foregoing document was mailed to:  INgreD garcia, che DonNa Winters

<div align="center">name(s) and address(es)</div>

Chef John RuDophh, JeNNiFer Wright, Piero Bussani

By:

Allen green

Printed or typed name of Filer

_Allen green_

Signature of Filer

Florida Bar Number

954 - 635 - 8968

Phone Number

E-mail address

Facsimile Number

521 South FeDeRah Highway

Street Address

Lake Worth FL 33460

City, State, Zip Code

EXZIBIT A,

| Last Name | First | Check No. | Hours | Earnings | Code | Check Date | Gross |
|-----------|-------|-----------|-------|----------|------|------------|-------|
| Green | Allen | 52679259 | 31.00 | 356.50 | | 08/05/2010 | |
| Green | Allen | | 12.50 | 143.75 | Orientation | 08/05/2010 | 500.25 |
| Green | Allen | 2434149 V | 31.00 | 356.50 | | 08/19/2010 | 356.50 |
| Green | Allen | 52695780 | 56.00 | 644.00 | | 08/19/2010 | 644.00 |
| Green | Allen | 52710560 | 12.75 | 146.63 | | 09/02/2010 | 146.63 |
| Green | Allen | 2434318 V | 32.00 | 368.00 | | 09/16/2010 | |
| Green | Allen | | 6.50 | 112.13 | Overtime | 09/16/2010 | 480.13 |

**WHM** LLC

WHM, LLC
501 E Camino Real
Boca Raton, FL 33432

# Earnings Statement

| | |
|---|---|
| Period Ending: | 08/11/2010 |
| Pay Date: | 08/05/2010 |

Taxable Marital Status:     Single
Exemptions/Allowances:
Federal:   00

**Allen C Green**
**1700 Blount Rd.**
**Pompano Beach, FL  33069**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.500 | 31.00 | 356.50 | |
| Overtime | | | | |
| **Gross Pay** | | $ | 356.50 | 856.75 |

**Important Notes**

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 12.38- | 44.09- |
| | Social Security Tax | 22.10- | 53.12- |
| | Medicare Tax | 5.17- | 12.42- |
| | **Other** | | |
| **Net Pay** | | $ | 316.85 |

---

**WHM** LLC

WHM, LLC
501 E Camino Real
Boca Raton, FL  33432

| | |
|---|---|
| Payroll check number: | 02434149 |
| Period Ending: | 08/11/2010 |
| Pay Date: | 08/05/2010 |
| Employee ID: | 1284422 |

Pay to the
order of      **Allen C Green**

This Amount:     Three Hundred Sixteen and 85/100 Dollars                                          **$316.85**

Bank of America
901 Main St
Dallas, TX  75202

***VOID AFTER 90 DAYS***

*Unsigned signature*

**AUTHORIZED SIGNATURE**

C02434149C  A111000012A  3756562666C

# WHM, LLC

WHM, LLC
501 E Camino Real
Boca Raton, FL  33432

## Earnings Statement

| | |
|---|---|
| Period Ending: | 09/08/2010 |
| Pay Date: | 09/10/2010 |

Taxable Marital Status:     Single
Exemptions/Allowances:
Federal:   00

**Allen C Green**
**1700 Blount Rd.**
**Pompano Beach, FL  33069**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.500 | 32.00 | 368.00 | |
| Overtime | | 6.50 | 112.13 | |
| Gross Pay | | $ | 480.13 | 2,127.51 |

**Important Notes**

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 28.70- | 126.07- |
| | Social Security Tax | 29.77- | 131.91- |
| | Medicare Tax | 6.96- | 30.85- |
| | Other | | |
| Net Pay | | $ | 414.70 |

---

# WHM, LLC

WHM, LLC
501 E Camino Real
Boca Raton, FL  33432

| | |
|---|---|
| Payroll check number: | 02434318 |
| Period Ending: | 09/08/2010 |
| Pay Date: | 09/10/2010 |
| Employee ID: | 1284422 |

Pay to the
order of          **Allen C Green**
This Amount:     **Four Hundred Fourteen and 70/100 Dollars**                                    $414.70

Bank of America
901 Main St
Dallas, TX  75202               ***VOID AFTER 90 DAYS***

*Ynnnyifo Fireeleh*

AUTHORIZED SIGNATURE

C02434318C  A111000012A 3756562666C

○ My Attachments
•

# Chat & Mobile Text

Available        I am                      [Hide]
                  ○                        [Add]
**0 Online Contacts**   No contacts online right now.

**Start a New Chat**

                  ○                        [Add]
**3 Mobile Contacts**   allen green 9546…
                        allen green 5613…
                        Keisha M Green…

Not Listed? New Text

Settings

1. _

# My Folders

1. *chef green (5)*        [Add a new folder - Edit folders]
2. *management (1)*
3. *romeo (33)*

Hi Allen!
Please see attached forms that reflect the following:
Check No 2434149 V was a Manual Check done for 31 Missing Hours from 7/22, 7/23, 7/24, 7/25.
Check No 2434318 V was a Manual Check done for 32 Missing Hours and 6.5 Missing Overtime Hours from 7/22, 7/23, 7/24, 7/25, 7/26.

As you can see, you have actually been overpaid 31 hours, since the two Manual Checks mentioned above were calculated from the same period of Missing Time.
As I see it, since the check in question - Check No 52679259 ( the one you said you did not receive ), was for 31 Hours and 12.50 Hours Orientation,  we only owe you the 12.50 Hours for Orientation, since you have already been overpaid the 31 Hours.
Please get back to me on this.  I appreciate your cooperation.

Robin Goosley
Accounting Payroll
Boca Raton Resort & Club, The Waldorf Astoria Collection
501 East Camino Real
Boca Raton,  FL  33432
T 561.447.3108
F 561.447.3933
**rgoosley@luxuryresorts.com**
**www.bocaresort.com**

Please consider the environment before printing this e-mail.

[ Delete ]
[ Reply ]  [ Forward ]
[ Spam ]
[ Move… ]

Select Message Encoding  Previous message | Next message | Back to Messages
Get Plain Text  Delete Reply Reply All Forward  Full Headers

Reply Reply All Forward Forward

[ Check Mail ]

[ New ]

Mail Search  [ Mail Search ]

*EXHIBIT B,*

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Mr. Allen Green<br>321 Sw 2nd Place, Apt. 1<br>Pompano Beach, FL 33060 | From: | Miami District Office<br>2 South Biscayne Blvd<br>Suite 2700<br>Miami, FL 33131 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2011-00274 | Juan Gonzalez,<br>Enforcement Supervisor | (305) 808-1762 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA): This is your Notice of Right to Sue. Issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐  More than 180 days have passed since the filing of this charge.

☒  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☐  The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____
Delner Franklin-Thomas,
Acting District Director

NOV 1 5 2010

Enclosures(s)

~~EEOC Miami District Office~~
*(Date Mailed)*

cc:   Jennifer Wright
      Human Resources
      BOCA RATON RESORT AND CLUB
      501 East Camino Real
      Boca Raton, FL 33432

skip to content                     *Exhibit C*                     Today is September 22, 2010

*Office of the*
# ATTORNEY GENERAL *of* FLORIDA
### *Bill McCollum*



| Enter search | GO |
|---|---|

HOME

AG Bill McCollum

Office Information

Programs and Units

Employment

Open Government

Crime and Fraud

Consumer Protection

Citizen Safety

Victims' Services

AG Opinions

Enter email address



Submit

Keep up with our latest news and consumer information:

Newsletter

RSS feed

Audio Msg

Twitter

Fraud Hotline
1-866-966-7226

Contact Us



**CONFERENCE
OF
WESTERN
ATTORNEYS
GENERAL**

### Thank-you

ALLEN GREEN,

   Thank you for contacting the Attorney General's Office regarding HOTELS/FOOD SERVICE. Our staff will process it as soon as possible and, if necessary, respond appropriately. We appreciate hearing from concerned citizens such as yourself. If you wish to keep abreast of the activities of this office, you may wish to consider a subscription to our electronic newsletter Generally Speaking. Or perhaps our Consumer Alerts. Should you wish to subscribe to either, or both, publications, please click here.

**From:** AG (AG@MyFloridaLegal.com)    *EXZIBIT D*
**To:** clubromeos@yahoo.com;
**Date:** Tue, September 28, 2010 6:01:31 PM
**Cc:**
**Subject:** From Attorney General Bill McCollum

Florida Attorney General Bill McCollum recently received your email
regarding your concerns that you were discriminated against by the Boca
Raton Resort and Club. Attorney General McCollum asked that I respond on
his behalf. I am sorry for the difficulties you have experienced.

I understand how important this is to you; however, I must inform you that
the Attorney General's Office is not at liberty to directly intervene on
your behalf to resolve this issue. We are further precluded by law from
providing legal advice to private individuals. The appropriate agencies
to address allegations of employee discrimination is the Florida
Commission on Human Relations and the U.S. Equal Employment Opportunity
Commission. In an effort to be of assistance, I have provided contact
information for these agencies below:

U.S. Equal Employment Opportunity Commission
131 M Street, Northeast
Washington, DC 20507
Phone: (202) 663-4900
Website: http://www.eeoc.gov/
Email: info@eeoc.gov

Florida Commission on Human Relations
2009 Apalachee Parkway, Suite 200
Tallahassee, Florida 32301
Phone: (850) 488-7082
Toll-Free: (800) 342-8170
Fax: (850) 488-5291
Website: http://fchr.state.fl.us
Email: fchrinfo@fchr.myflorida.com

Finally, it is in your best interests to consider consulting a private
attorney on this matter. An attorney can give you the legal advice which
our office is precluded by law from giving to private individuals. The
Florida Bar offers a Lawyer Referral Service which you may contact
toll-free at (800) 342-8060. If you cannot afford an attorney, you may be
eligible for low cost or pro bono assistance through a local legal aid
office. The Florida Bar can assist you with this process.

Thank you for giving us the opportunity to hear from you. Please
understand the Attorney General's inability to intervene is due to a lack
of jurisdiction, not a lack of concern.

Sincerely,



Samantha Santana
Office of Citizen Services

(EXZIB1+)E.

PLEASE DO NOT REPLY TO THIS E-MAIL. THIS ADDRESS IS FOR PROCESSING ONLY.

To contact this office please visit the Attorney General's website at
www.myfloridalegal.com and complete the on-line contact form.  Again,
thank you for contacting the Office of the Florida Attorney General.

INTERNET MESSAGE RECEIVED BY THE ATTORNEY GENERAL'S OFFICE ON 09/22/2010

ALLEN GREEN
4041 NORTH OCEAN BLVD
Fort Lauderdale, FL 33308
Phone: (561) 441-2616
Email: clubromeos@yahoo.com

RE: BOCA RATON RESORT AND CLUB
501 EAST CAMINO REAL
Boca Raton, FL 33432
Phone: (561) 395-3000
Website: http://www.bocaresort.com/
Transaction Date: 7/24/2010

Subject: HOTELS/FOOD SERVICE

I APPLIED FOR THIS JOB 07/13/2010 AND MY JOB TITTLE WAS CHEF DE PARTE,MY
BASIS
FOR MY CLAIM OF EMPLOYMENT
DISCRIMINATION,RACE,COLOR,THREATS,VERBAL,HUMILIATION,RACE
DISCRIMINATION
BY
DONNA WINTERS,EXECUTIVE CHEF ON 07/24/2010 MRS WINTERS HAS REPEATEDLY
THREATENED TO STRANGLE ME IN FRONT OF OTHER EMPLOYEES,AND HAS CURSED
ME ON

SEVERAL DIFFERENT OCCASIONS.
ON 07/25/2010 MRS WINTERS TOLD ME THAT IF I WAS TO REPORT THIS MATTER TO
HUMAN
RESOURCES THAT SHE WAS GONNA LIE AND TELL THEM THAT I AM ALWAYS LATE
FOR
WORK
AND SOMETIMES I DONT BOTHER SHOWING UP FOR WORK.MRS WINTERS HAS MADE IT
VERY
CLEAR THAT SHE DOES NOT LIKE AFRICAN NOR AFRICAN-AMERICANS AND DOES HER
BEST TO
MAKE YOUR WORK EXPERIENCE AT BOCA RATON RESORT AND CLUB VERY
UNCOMFORTABLE
TO

THE POINT WHERE YOU WANNA QUIT ON YOUR OWN,AND HAS TOLD ME ON SEVERAL
OCCASIONS
THAT IF I DIDNT LIKE WHAT WAS GOING ON I CAN JUST WALK.I WENT TO SPEAK
WITH
CHEF JOHN RUDOLPH TO FIND OUT THAT HE AGREES WITH MRS WINTERS ON HER
ACTIONS
AND HOW SHE TREATS THE EMPLOYEES.I THEN WENT TO INGRID GARCIA,HUMAN
RESOURCES
RECRUITER,VIA VERBAL REQUEST TO TRANSFER ME TO ANOTHER LOCATION AND
WAS
TOLD
THAT THERE ARE A LOT OF COMPLAINTS AGAINST MRS WINTERS AND THAT SHE WAS
IN
THE
WRONG FOR TREATING THE EMPLOYEES THE WAY SHE DOES AND SHE SHOULD NOT
HAVE
HER
JOB,BUT I CANNOT BE TRANSFERRED BECAUSE MY 90 DAY PROBATION PERIOD
WASNT
UP.

(EXZIBIJ:F

**From:** info@consumeraffairs.com (info@consumeraffairs.com)
**To:** clubromeos@yahoo.com;
**Date:** Wed, September 22, 2010 1:01:37 PM
**Cc:**
**Subject:** Your Consumer Complaint

Thank you for sending your consumer incident report to
ConsumerAffairs.com. The text of your report appears below. We suggest
you print the report or save it as a file for your permanent records.

Your report will be reviewed by our editors and may be published on our
Web site and shared with members of the media, government investigators
and attorneys prosecuting actions on behalf of consumers.

While our Web site may suggest general responses, please keep in mind
that we are not providing you with legal advice. Our editors are not
attorneys. You should always consult an attorney
familiar with the laws in your locality.

Thank you again for your report. We keep all of the reports we receive and
review them constantly to find patterns of abusive and misleading behavior
that works against the best interests of consumers. We also post excerpts
on our Web site as a guide to other consumers, so the information you
provide will benefit others and may help them make sound consumer
decisions.

Thank you again for writing to us. To keep up to date on consumer issues,
you may subscribe to our free daily and weekly newsletters, our RSS feeds
and the tweets we post daily to Twitter. All of these services are free.
Instructions are on our Web site.


ConsumerAffairs.com Inc.
A private consumer publication -- not supported by taxpayer dollars
and not affiliated with any government agency.

------------------

Message that you sent:

Date = 2010-09-22-17:01:37
Name = ALLEN CARL GREEN
Address = 4041 NORTH OCEAN BLVD APT-212
City = FORT LAUDERDALE
St = FL
Zip = 33308
Country = United States
Email = clubromeos@yahoo.com
Home phone = 954-515-2474
Work phone = 561-441-2616
Company Name = BOCA RATON RESORT AND CLUB

Company Contact = DONNA WINTERS,JOHN RUDOLPH,INGRID GARCIA
Company Address = 501 EAST CAMINO REAL
City = BOCA RATON
State/Prov = FL
Zip2 = 333432
Country = United States
Company phone = 561-395-3000
Incident = I APPLIED FOR THIS JOB 07/13/2010 AND MY JOB TITTLE WAS CHEF DE
PARTE,MY BASIS FOR MY CLAIM OF EMPLOYMENT
DISCRIMINATION,RACE,COLOR,THREATS,VERBAL,HUMILIATION,RACE
DISCRIMINATION BY DONNA WINTERS,EXECUTIVE CHEF ON 07/24/2010 MRS WINTERS
HAS REPEATEDLY THREATENED TO STRANGLE ME IN FRONT OF OTHER
EMPLOYEES,AND HAS CURSED ME ON SEVERAL DIFFERENT OCCASIONS.ON 07/25/2010
MRS WINTERS TOLD ME THAT IF I WAS TO REPORT THIS MATTER TO HUMAN
RESOURCES THAT SHE WAS GONNA LIE AND TELL THEM THAT I AM ALWAYS LATE
FOR WORK AND SOMETIMES I DONT BOTHER SHOWING UP FOR WORK.MRS WINTERS
HAS MADE IT VERY CLEAR THAT SHE DOES NOT LIKE AFRICAN NOR AFRICAN-
AMERICANS AND DOES HER BEST TO MAKE YOUR WORK EXPERIENCE AT BOCA RATON
RESORT AND CLUB VERY UNCOMFORTABLE TO THE POINT WHERE YOU WANNA QUIT
ON YOUR OWN,AND HAS TOLD ME ON SEVERAL OCCASIONS THAT IF I DIDNT LIKE
WHAT WAS GOING ON I CAN JUST WALK.I WENT TO SPEAK WITH CHEF JOHN RUDOLPH
TO FIND OUT THAT HE AGREES WITH MRS WINTERS ON HER ACTIONS
 AND HOW SHE TREATS THE EMPLOYEES.I THEN WENT TO INGRID GARCIA,HUMAN
RESOURCES RECRUITER,VIA VERBAL REQUEST TO TRANSFER ME TO ANOTHER
LOCATION AND WAS TOLD THAT THERE ARE A LOT OF COMPLAINTS AGAINST MRS
WINTERS AND THAT SHE WAS IN THE WRONG FOR TREATING THE EMPLOYEES THE
WAY SHE DOES AND SHE SHOULD NOT HAVE HER JOB,BUT I CANNOT BE
TRANSFERRED BECAUSE MY 90 DAY PROBATION PERIOD WASNT UP.
Damage Resulting =
Contact me = N

(EXHIBIT). G

# Fax

| | |
|---|---|
| To: EEOC | From: Allen Carl Green |
| Fax: 305-808-1834 | Pages: 2 |
| Phone: 305-808-1745 | Date: 10/27/2010 |
| Re: Right To Sue Letter | CC: 561-441-2616 |

☒ Urgent   ☐ For Review   ☐ Please Comment   ☒ Please Reply   ☐ Please Recycle

EEOC Charge Number # 510-2011-0074

*(EXHIBIT): H*

ALLEN CARL GREEN
321 SW 2ND PLACE
APT-1
POMPANO BEACH,FL 33060
E-MAIL ADDRESS:clubromeos@yahoo.com
HOME:1-(954)-515-2474
CELL:1-(561)-441-2616
EEOC CHARGE NUMBER:#510-2011-0074

DEAR SIRS OR MADAMS OF EEOC

I AM WRITING YOU THIS LETTER TO THANK YOU FOR YOUR TIME AND
COOPERATION,INVESTIGATION TO MY FILING A CHARGE AGAINST BOCA
RATON RESORT AND CLUB BUT I WOULD LIKE TO TAKE THIS TIME AND TO
REQUEST A "RIGHT TO SUE LETTER" AS PER MY CONVERSATION WITH
MRS.LINDA AND MR.OZZY BLACK REGARDING THIS MATTER IF YOU HAVE
ANY QUESTIONS OR CONCERNS FEEL FREE TO CALL ME AT THE PHONE
NUMBERS,OR E-MAIL LISTED ABOVE,AGAIN I WOULD LIKE TO THANK YOU
ONCE MORE FOR HELPING ME GET THIS MATTER RESOLVED.


SINCERELY,

ALLEN CARL GREEN

**From:** Congressman Ron Klein (fl22ima@mail.house.gov)
**To:** clubromeos@yahoo.com;
**Date:** Mon, October 4, 2010 6:19:28 PM
**Cc:**
**Subject:** Re: IMA MAIL ON WEBOTH

Dear Friend,

Thank you for taking the time to contact my office.  Unfortunately, since you reside outside of the 22nd Congressional District of Florida, I am required to direct you to your Representative in Congress.  Please visit www.house.gov and type in your 9 digit zip code to look up your Representative.  If you believe you have received this message by mistake, please check to make sure you typed your address correctly.  Thank you again for taking the time to write me.

Sincerely,

Ron Klein
Member of Congress
22nd District, Florida

**From:** Skidmore, Kelly (Kelly.Skidmore@myfloridahouse.gov)
**To:** clubromeos@yahoo.com;
**Date:** Fri, September 24, 2010 9:42:42 AM
**Cc:**
**Subject:** Thank you for writing

Thank you for taking the time to write. Due to the large volume of Internet mail that I receive, I am sending this automated response to confirm that your E-mail has been received.

I appreciate you taking the time to share your views. I value your input and welcome your participation in the legislative process. Please be assured that each letter is read and taken into consideration. If you would like a written response, please include your name and address so that I may better serve you. If there is anything my staff or I can do to assist you with any concerns, please feel free to contact us personally.

All the best,


Kelly Skidmore
State Representative, District 90

Legislative Aide: J.J. Piskadlo, Jr.
John.Piskadlo@myfloridahouse.gov

District Aide: Evelyn DuPlecy
Evelyn.DuPlecy@myfloridahouse.gov

District Office: (561) 470-6593
Capitol Office: (850) 488-1302

(EXZIBIT) I.

**From:** DuPlecy, Evelyn (Evelyn.DuPlecy@myfloridahouse.gov)
**To:** clubromeos@yahoo.com;
**Date:** Fri, September 24, 2010 12:00:33 PM
**Cc:**
**Subject:** FW: From 'Write Your Representative' Website

Dear Mr. Green:

Please contact our office so I may obtain further information.


Evelyn DuPlecy
District Aide
State Representative Kelly Skidmore, District 90

7100 West Camino Real, Suite 205
Boca Raton, FL 33433
(561) 470-6593
(561) 470-6595 fax
evelyn.duplecy@myfloridahouse.gov


-----Original Message-----
From: clubromeos@yahoo.com [mailto:clubromeos@yahoo.com]
Sent: Friday, September 24, 2010 9:43 AM
To: Skidmore, Kelly
Cc: clubromeos@yahoo.com
Subject: From 'Write Your Representative' Website

ALLEN CARL GREEN
4041 NORTH OCEAN DRIVE
APT-212
FORT LAUDERDALE,FL 33308-
(561)441-2616

09/24/10 9:42 AM

To the Honorable Kelly Skidmore;

Company Name = BOCA RATON RESORT AND CLUB
Company Contact = DONNA WINTERS,JOHN RUDOLPH,INGRID GARCIA
Company Address = 501 EAST CAMINO REAL
City = BOCA RATON
State/Prov = FL
Zip2 = 333432
Country = United States
Company phone = 561-395-3000
Incident = I APPLIED FOR THIS JOB 07/13/2010 AND MY JOB TITTLE WAS CHEF DE
PARTE,MY BASIS FOR MY CLAIM OF EMPLOYMENT

DISCRIMINATION,RACE,COLOR,THREATS,VERBAL,HUMILIATION,RACE
DISCRIMINATION BY DONNA WINTERS,EXECUTIVE CHEF ON 07/24/2010 MRS WINTERS
HAS REPEATEDLY THREATENED TO STRANGLE ME IN FRONT OF OTHER
EMPLOYES,AND HAS CURSED ME ON SEVERAL DIFFERENT OCCASIONS.ON 07/25/2010
MRS WINTERS TOLD ME THAT IF I WAS TO REPORT THIS MATTER TO HUMAN
RESOURCES THAT SHE WAS GONNA LIE AND TELL THEM THAT I AM ALWAYS LATE
FOR WORK AND SOMETIMES I DONT BOTHER SHOWING UP FOR WORK.MRS WINTERS
HAS MADE IT VERY CLEAR THAT SHE DOES NOT LIKE AFRICAN NOR AFRICAN-
AMERICANS AND DOES HER BEST TO MAKE YOUR WORK EXPERIENCE AT BOCA
RATON RESORT AND CLUB VERY UNCOMFORTABLE TO THE POINT WHERE YOU
WANNA QUIT ON YOUR OWN,AND HAS TOLD ME ON SEVERAL OCCASIONS THAT IF I
DIDNT LIKE WHAT WAS GOING ON I CAN JUST WALK.I WENT TO SPEAK WITH CHEF
JOHN RUDOLPH TO FIND OUT THAT HE AGREES WITH MRS WINTERS ON HER ACTIONS
 AND HOW SHE TREATS THE EMPLOYEES.I THEN WENT TO INGRID GARCIA,HUMAN
RESOURCES RECRUITER,VIA VERBAL REQUEST TO TRANSFER ME TO ANOTHER
LOCATION AND WAS TOLD THAT THERE ARE A LOT OF COMPLAINTS AGAINST MRS
WINTERS AND THAT SHE WAS IN THE WRONG FOR TREATING THE EMPLOYEES THE
WAY SHE DOES AND SHE SHOULD NOT HAVE HER JOB,BUT I CANNOT BE
TRANSFERRED BECAUSE MY 90 DAY PROBATION PERIOD WASNT UP.

*(Exzibit): J*

**From:** clubromeos@yahoo.com (clubromeos@yahoo.com)
**To:** Joseph.Abruzzo@myfloridahouse.gov;
**Date:** Fri, September 24, 2010 9:52:10 AM
**Cc:** clubromeos@yahoo.com;
**Subject:** From 'Write Your Representative' Website

ALLEN CARL GREEN
4041 NORTH OCEAN DRIVE
APT-212
FORT LAUDERDALE,FL 33308-
(561)441-2616

09/24/10 9:52 AM

To the Honorable Joseph Abruzzo;

Company Name = BOCA RATON RESORT AND CLUB
Company Contact = DONNA WINTERS,JOHN RUDOLPH,INGRID GARCIA,JENNIFER WRIGHT
Company Address = 501 EAST CAMINO REAL
City = BOCA RATON
State/Prov = FL
Zip2 = 333432
Country = United States
Company phone = 561-395-3000
Incident = I APPLIED FOR THIS JOB 07/13/2010 AND MY JOB TITTLE WAS CHEF DE
PARTE,MY BASIS FOR MY CLAIM OF EMPLOYMENT
DISCRIMINATION,RACE,COLOR,THREATS,VERBAL,HUMILIATION,RACE
DISCRIMINATION BY DONNA WINTERS,EXECUTIVE CHEF ON 07/24/2010 MRS WINTERS
HAS REPEATEDLY THREATENED TO STRANGLE ME IN FRONT OF OTHER
EMPLOYEES,AND HAS CURSED ME ON SEVERAL DIFFERENT OCCASIONS.ON 07/25/2010
MRS WINTERS TOLD ME THAT IF I WAS TO REPORT THIS MATTER TO HUMAN
RESOURCES THAT SHE WAS GONNA LIE AND TELL THEM THAT I AM ALWAYS LATE
FOR WORK AND SOMETIMES I DONT BOTHER SHOWING UP FOR WORK.MRS WINTERS
HAS MADE IT VERY CLEAR THAT SHE DOES NOT LIKE AFRICAN NOR AFRICAN-
AMERICANS AND DOES HER BEST TO MAKE YOUR WORK EXPERIENCE AT BOCA
RATON RESORT AND CLUB VERY UNCOMFORTABLE TO THE POINT WHERE YOU
WANNA QUIT ON YOUR OWN,AND HAS TOLD ME ON SEVERAL OCCASIONS THAT IF I
DIDNT LIKE WHAT WAS GOING ON I CAN JUST WALK.I WENT TO SPEAK WITH CHEF
JOHN RUDOLPH TO FIND OUT THAT HE AGREES WITH MRS WINTERS ON HER ACTIONS
 AND HOW SHE TREATS THE EMPLOYEES.I THEN WENT TO INGRID GARCIA,HUMAN
RESOURCES RECRUITER,VIA VERBAL REQUEST TO TRANSFER ME TO ANOTHER
LOCATION AND WAS TOLD THAT THERE ARE A LOT OF COMPLAINTS AGAINST MRS
WINTERS AND THAT SHE WAS IN THE WRONG FOR TREATING THE EMPLOYEES THE
WAY SHE DOES AND SHE SHOULD NOT HAVE HER JOB,BUT I CANNOT BE
TRANSFERRED BECAUSE MY 90 DAY PROBATION PERIOD WASNT UP.

(EXZIBIT).K

**From:** clubromeos@yahoo.com (clubromeos@yahoo.com)
**To:** carl.domino@myfloridahouse.gov;
**Date:** Fri, September 24, 2010 9:48:44 AM
**Cc:** clubromeos@yahoo.com;
**Subject:** From 'Write Your Representative' Website

ALLEN CARL GREEN
4041 NORTH OCEAN DRIVE
APT-212
FORT LAUDERDALE,FL 33308-
(561)441-2616

09/24/10 9:48 AM

To the Honorable Carl J. Domino;

Company Name = BOCA RATON RESORT AND CLUB
Company Contact = DONNA WINTERS,JOHN RUDOLPH,INGRID GARCIA,JENNIFER WRIGHT
Company Address = 501 EAST CAMINO REAL
City = BOCA RATON
State/Prov = FL
Zip2 = 333432
Country = United States
Company phone = 561-395-3000
Incident = I APPLIED FOR THIS JOB 07/13/2010 AND MY JOB TITTLE WAS CHEF DE
PARTE,MY BASIS FOR MY CLAIM OF EMPLOYMENT
DISCRIMINATION,RACE,COLOR,THREATS,VERBAL,HUMILIATION,RACE
DISCRIMINATION BY DONNA WINTERS,EXECUTIVE CHEF ON 07/24/2010 MRS WINTERS
HAS REPEATEDLY THREATENED TO STRANGLE ME IN FRONT OF OTHER
EMPLOYEES,AND HAS CURSED ME ON SEVERAL DIFFERENT OCCASIONS.ON 07/25/2010
MRS WINTERS TOLD ME THAT IF I WAS TO REPORT THIS MATTER TO HUMAN
RESOURCES THAT SHE WAS GONNA LIE AND TELL THEM THAT I AM ALWAYS LATE
FOR WORK AND SOMETIMES I DONT BOTHER SHOWING UP FOR WORK.MRS WINTERS
HAS MADE IT VERY CLEAR THAT SHE DOES NOT LIKE AFRICAN NOR AFRICAN-
AMERICANS AND DOES HER BEST TO MAKE YOUR WORK EXPERIENCE AT BOCA
RATON RESORT AND CLUB VERY UNCOMFORTABLE TO THE POINT WHERE YOU
WANNA QUIT ON YOUR OWN,AND HAS TOLD ME ON SEVERAL OCCASIONS THAT IF I
DIDNT LIKE WHAT WAS GOING ON I CAN JUST WALK.I WENT TO SPEAK WITH CHEF
JOHN RUDOLPH TO FIND OUT THAT HE AGREES WITH MRS WINTERS ON HER ACTIONS
 AND HOW SHE TREATS THE EMPLOYEES.I THEN WENT TO INGRID GARCIA,HUMAN
RESOURCES RECRUITER,VIA VERBAL REQUEST TO TRANSFER ME TO ANOTHER
LOCATION AND WAS TOLD THAT THERE ARE A LOT OF COMPLAINTS AGAINST MRS
WINTERS AND THAT SHE WAS IN THE WRONG FOR TREATING THE EMPLOYEES THE
WAY SHE DOES AND SHE SHOULD NOT HAVE HER JOB,BUT I CANNOT BE
TRANSFERRED BECAUSE MY 90 DAY PROBATION PERIOD WASNT UP.

(EXZIBIT): L

**From:** clubromeos@yahoo.com (clubromeos@yahoo.com)
**To:** mary.brandenburg@myfloridahouse.gov;
**Date:** Fri, September 24, 2010 9:49:57 AM
**Cc:** clubromeos@yahoo.com;
**Subject:** From 'Write Your Representative' Website

ALLEN CARL GREEN
4041 NORTH OCEAN DRIVE
APT-212
FORT LAUDERDALE,FL 33308-
(561)441-2616

09/24/10 9:49 AM

To the Honorable Mary Brandenburg;

Company Name = BOCA RATON RESORT AND CLUB
Company Contact = DONNA WINTERS,JOHN RUDOLPH,INGRID GARCIA,JENNIFER WRIGHT
Company Address = 501 EAST CAMINO REAL
City = BOCA RATON
State/Prov = FL
Zip2 = 333432
Country = United States
Company phone = 561-395-3000
Incident = I APPLIED FOR THIS JOB 07/13/2010 AND MY JOB TITTLE WAS CHEF DE
PARTE,MY BASIS FOR MY CLAIM OF EMPLOYMENT
DISCRIMINATION,RACE,COLOR,THREATS,VERBAL,HUMILIATION,RACE
DISCRIMINATION BY DONNA WINTERS,EXECUTIVE CHEF ON 07/24/2010 MRS WINTERS
HAS REPEATEDLY THREATENED TO STRANGLE ME IN FRONT OF OTHER
EMPLOYEES,AND HAS CURSED ME ON SEVERAL DIFFERENT OCCASIONS.ON 07/25/2010
MRS WINTERS TOLD ME THAT IF I WAS TO REPORT THIS MATTER TO HUMAN
RESOURCES THAT SHE WAS GONNA LIE AND TELL THEM THAT I AM ALWAYS LATE
FOR WORK AND SOMETIMES I DONT BOTHER SHOWING UP FOR WORK.MRS WINTERS
HAS MADE IT VERY CLEAR THAT SHE DOES NOT LIKE AFRICAN NOR AFRICAN-
AMERICANS AND DOES HER BEST TO MAKE YOUR WORK EXPERIENCE AT BOCA
RATON RESORT AND CLUB VERY UNCOMFORTABLE TO THE POINT WHERE YOU
WANNA QUIT ON YOUR OWN,AND HAS TOLD ME ON SEVERAL OCCASIONS THAT IF I
DIDNT LIKE WHAT WAS GOING ON I CAN JUST WALK.I WENT TO SPEAK WITH CHEF
JOHN RUDOLPH TO FIND OUT THAT HE AGREES WITH MRS WINTERS ON HER ACTIONS
 AND HOW SHE TREATS THE EMPLOYEES.I THEN WENT TO INGRID GARCIA,HUMAN
RESOURCES RECRUITER,VIA VERBAL REQUEST TO TRANSFER ME TO ANOTHER
LOCATION AND WAS TOLD THAT THERE ARE A LOT OF COMPLAINTS AGAINST MRS
WINTERS AND THAT SHE WAS IN THE WRONG FOR TREATING THE EMPLOYEES THE
WAY SHE DOES AND SHE SHOULD NOT HAVE HER JOB,BUT I CANNOT BE
TRANSFERRED BECAUSE MY 90 DAY PROBATION PERIOD WASNT UP.

*(EX 21B1+): M.*

**From:** clubromeos@yahoo.com (clubromeos@yahoo.com)
**To:** Mack.Bernard@myfloridahouse.gov;
**Date:** Fri, September 24, 2010 9:51:03 AM
**Cc:** clubromeos@yahoo.com;
**Subject:** From 'Write Your Representative' Website

ALLEN CARL GREEN
4041 NORTH OCEAN DRIVE
APT-212
FORT LAUDERDALE,FL 33308-
(561)441-2616

09/24/10 9:51 AM

To the Honorable Mackenson Bernard;

Company Name = BOCA RATON RESORT AND CLUB
Company Contact = DONNA WINTERS,JOHN RUDOLPH,INGRID GARCIA,JENNIFER WRIGHT
Company Address = 501 EAST CAMINO REAL
City = BOCA RATON
State/Prov = FL
Zip2 = 333432
Country = United States
Company phone = 561-395-3000
Incident = I APPLIED FOR THIS JOB 07/13/2010 AND MY JOB TITTLE WAS CHEF DE
PARTE,MY BASIS FOR MY CLAIM OF EMPLOYMENT
DISCRIMINATION,RACE,COLOR,THREATS,VERBAL,HUMILIATION,RACE
DISCRIMINATION BY DONNA WINTERS,EXECUTIVE CHEF ON 07/24/2010 MRS WINTERS
HAS REPEATEDLY THREATENED TO STRANGLE ME IN FRONT OF OTHER
EMPLOYEES,AND HAS CURSED ME ON SEVERAL DIFFERENT OCCASIONS.ON 07/25/2010
MRS WINTERS TOLD ME THAT IF I WAS TO REPORT THIS MATTER TO HUMAN
RESOURCES THAT SHE WAS GONNA LIE AND TELL THEM THAT I AM ALWAYS LATE
FOR WORK AND SOMETIMES I DONT BOTHER SHOWING UP FOR WORK.MRS WINTERS
HAS MADE IT VERY CLEAR THAT SHE DOES NOT LIKE AFRICAN NOR AFRICAN-
AMERICANS AND DOES HER BEST TO MAKE YOUR WORK EXPERIENCE AT BOCA
RATON RESORT AND CLUB VERY UNCOMFORTABLE TO THE POINT WHERE YOU
WANNA QUIT ON YOUR OWN,AND HAS TOLD ME ON SEVERAL OCCASIONS THAT IF I
DIDNT LIKE WHAT WAS GOING ON I CAN JUST WALK.I WENT TO SPEAK WITH CHEF
JOHN RUDOLPH TO FIND OUT THAT HE AGREES WITH MRS WINTERS ON HER ACTIONS
 AND HOW SHE TREATS THE EMPLOYEES.I THEN WENT TO INGRID GARCIA,HUMAN
RESOURCES RECRUITER,VIA VERBAL REQUEST TO TRANSFER ME TO ANOTHER
LOCATION AND WAS TOLD THAT THERE ARE A LOT OF COMPLAINTS AGAINST MRS
WINTERS AND THAT SHE WAS IN THE WRONG FOR TREATING THE EMPLOYEES THE
WAY SHE DOES AND SHE SHOULD NOT HAVE HER JOB,BUT I CANNOT BE
TRANSFERRED BECAUSE MY 90 DAY PROBATION PERIOD WASNT UP.

(EXZIBIT): O.

**From:** clubromeos@yahoo.com (clubromeos@yahoo.com)
**To:** kelly.skidmore@myfloridahouse.gov;
**Date:** Fri, September 24, 2010 9:42:41 AM
**Cc:** clubromeos@yahoo.com;
**Subject:** From 'Write Your Representative' Website

ALLEN CARL GREEN
4041 NORTH OCEAN DRIVE
APT-212
FORT LAUDERDALE,FL 33308-
(561)441-2616

09/24/10 9:42 AM

To the Honorable Kelly Skidmore;

Company Name = BOCA RATON RESORT AND CLUB
Company Contact = DONNA WINTERS,JOHN RUDOLPH,INGRID GARCIA
Company Address = 501 EAST CAMINO REAL
City = BOCA RATON
State/Prov = FL
Zip2 = 333432
Country = United States
Company phone = 561-395-3000
Incident = I APPLIED FOR THIS JOB 07/13/2010 AND MY JOB TITTLE WAS CHEF DE
PARTE,MY BASIS FOR MY CLAIM OF EMPLOYMENT
DISCRIMINATION,RACE,COLOR,THREATS,VERBAL,HUMILIATION,RACE
DISCRIMINATION BY DONNA WINTERS,EXECUTIVE CHEF ON 07/24/2010 MRS WINTERS
HAS REPEATEDLY THREATENED TO STRANGLE ME IN FRONT OF OTHER
EMPLOYEES,AND HAS CURSED ME ON SEVERAL DIFFERENT OCCASIONS.ON 07/25/2010
MRS WINTERS TOLD ME THAT IF I WAS TO REPORT THIS MATTER TO HUMAN
RESOURCES THAT SHE WAS GONNA LIE AND TELL THEM THAT I AM ALWAYS LATE
FOR WORK AND SOMETIMES I DONT BOTHER SHOWING UP FOR WORK.MRS WINTERS
HAS MADE IT VERY CLEAR THAT SHE DOES NOT LIKE AFRICAN NOR AFRICAN-
AMERICANS AND DOES HER BEST TO MAKE YOUR WORK EXPERIENCE AT BOCA
RATON RESORT AND CLUB VERY UNCOMFORTABLE TO THE POINT WHERE YOU
WANNA QUIT ON YOUR OWN,AND HAS TOLD ME ON SEVERAL OCCASIONS THAT IF I
DIDNT LIKE WHAT WAS GOING ON I CAN JUST WALK.I WENT TO SPEAK WITH CHEF
JOHN RUDOLPH TO FIND OUT THAT HE AGREES WITH MRS WINTERS ON HER ACTIONS
 AND HOW SHE TREATS THE EMPLOYEES.I THEN WENT TO INGRID GARCIA,HUMAN
RESOURCES RECRUITER,VIA VERBAL REQUEST TO TRANSFER ME TO ANOTHER
LOCATION AND WAS TOLD THAT THERE ARE A LOT OF COMPLAINTS AGAINST MRS
WINTERS AND THAT SHE WAS IN THE WRONG FOR TREATING THE EMPLOYEES THE
WAY SHE DOES AND SHE SHOULD NOT HAVE HER JOB,BUT I CANNOT BE
TRANSFERRED BECAUSE MY 90 DAY PROBATION PERIOD WASNT UP.

EXIBIT P,

**From:** clubromeos@yahoo.com (clubromeos@yahoo.com)
**To:** maria.sachs@myfloridahouse.gov;
**Date:** Fri, September 24, 2010 9:43:57 AM
**Cc:** clubromeos@yahoo.com;
**Subject:** From 'Write Your Representative' Website

ALLEN CARL GREEN
4041 NORTH OCEAN BLVD
APT-212
FORT LAUDERDALE,FL 33308-
(561)441-2616

09/24/10 9:43 AM

To the Honorable Maria Lorts Sachs;

Company Name = BOCA RATON RESORT AND CLUB
Company Contact = DONNA WINTERS,JOHN RUDOLPH,INGRID GARCIA
Company Address = 501 EAST CAMINO REAL
City = BOCA RATON
State/Prov = FL
Zip2 = 333432
Country = United States
Company phone = 561-395-3000
Incident = I APPLIED FOR THIS JOB 07/13/2010 AND MY JOB TITTLE WAS CHEF DE
PARTE,MY BASIS FOR MY CLAIM OF EMPLOYMENT
DISCRIMINATION,RACE,COLOR,THREATS,VERBAL,HUMILIATION,RACE
DISCRIMINATION BY DONNA WINTERS,EXECUTIVE CHEF ON 07/24/2010 MRS WINTERS
HAS REPEATEDLY THREATENED TO STRANGLE ME IN FRONT OF OTHER
EMPLOYEES,AND HAS CURSED ME ON SEVERAL DIFFERENT OCCASIONS.ON 07/25/2010
MRS WINTERS TOLD ME THAT IF I WAS TO REPORT THIS MATTER TO HUMAN
RESOURCES THAT SHE WAS GONNA LIE AND TELL THEM THAT I AM ALWAYS LATE
FOR WORK AND SOMETIMES I DONT BOTHER SHOWING UP FOR WORK.MRS WINTERS
HAS MADE IT VERY CLEAR THAT SHE DOES NOT LIKE AFRICAN NOR AFRICAN-
AMERICANS AND DOES HER BEST TO MAKE YOUR WORK EXPERIENCE AT BOCA
RATON RESORT AND CLUB VERY UNCOMFORTABLE TO THE POINT WHERE YOU
WANNA QUIT ON YOUR OWN,AND HAS TOLD ME ON SEVERAL OCCASIONS THAT IF I
DIDNT LIKE WHAT WAS GOING ON I CAN JUST WALK.I WENT TO SPEAK WITH CHEF
JOHN RUDOLPH TO FIND OUT THAT HE AGREES WITH MRS WINTERS ON HER ACTIONS
 AND HOW SHE TREATS THE EMPLOYEES.I THEN WENT TO INGRID GARCIA,HUMAN
RESOURCES RECRUITER,VIA VERBAL REQUEST TO TRANSFER ME TO ANOTHER
LOCATION AND WAS TOLD THAT THERE ARE A LOT OF COMPLAINTS AGAINST MRS
WINTERS AND THAT SHE WAS IN THE WRONG FOR TREATING THE EMPLOYEES THE
WAY SHE DOES AND SHE SHOULD NOT HAVE HER JOB,BUT I CANNOT BE
TRANSFERRED BECAUSE MY 90 DAY PROBATION PERIOD WASNT UP.

**From:** clubromeos@yahoo.com (clubromeos@yahoo.com)
**To:** Mark.Pafford@myfloridahouse.gov;
**Date:** Fri, September 24, 2010 9:45:36 AM
**Cc:** clubromeos@yahoo.com;
**Subject:** From 'Write Your Representative' Website

ALLEN CARL GREEN
4041 NORTH OCEAN BLVD
APT-212
FORT LAUDERDALE,FL 33308-
(561)441-2616

09/24/10 9:45 AM

To the Honorable Mark S. Pafford;

Company Name = BOCA RATON RESORT AND CLUB
Company Contact = DONNA WINTERS,JOHN RUDOLPH,INGRID GARCIA,JENNIFER WRIGHT
Company Address = 501 EAST CAMINO REAL
City = BOCA RATON
State/Prov = FL
Zip2 = 333432
Country = United States
Company phone = 561-395-3000
Incident = I APPLIED FOR THIS JOB 07/13/2010 AND MY JOB TITTLE WAS CHEF DE
PARTE,MY BASIS FOR MY CLAIM OF EMPLOYMENT
DISCRIMINATION,RACE,COLOR,THREATS,VERBAL,HUMILIATION,RACE
DISCRIMINATION BY DONNA WINTERS,EXECUTIVE CHEF ON 07/24/2010 MRS WINTERS
HAS REPEATEDLY THREATENED TO STRANGLE ME IN FRONT OF OTHER
EMPLOYEES,AND HAS CURSED ME ON SEVERAL DIFFERENT OCCASIONS.ON 07/25/2010
MRS WINTERS TOLD ME THAT IF I WAS TO REPORT THIS MATTER TO HUMAN
RESOURCES THAT SHE WAS GONNA LIE AND TELL THEM THAT I AM ALWAYS LATE
FOR WORK AND SOMETIMES I DONT BOTHER SHOWING UP FOR WORK.MRS WINTERS
HAS MADE IT VERY CLEAR THAT SHE DOES NOT LIKE AFRICAN NOR AFRICAN-
AMERICANS AND DOES HER BEST TO MAKE YOUR WORK EXPERIENCE AT BOCA
RATON RESORT AND CLUB VERY UNCOMFORTABLE TO THE POINT WHERE YOU
WANNA QUIT ON YOUR OWN,AND HAS TOLD ME ON SEVERAL OCCASIONS THAT IF I
DIDNT LIKE WHAT WAS GOING ON I CAN JUST WALK.I WENT TO SPEAK WITH CHEF
JOHN RUDOLPH TO FIND OUT THAT HE AGREES WITH MRS WINTERS ON HER ACTIONS
 AND HOW SHE TREATS THE EMPLOYEES.I THEN WENT TO INGRID GARCIA,HUMAN
RESOURCES RECRUITER,VIA VERBAL REQUEST TO TRANSFER ME TO ANOTHER
LOCATION AND WAS TOLD THAT THERE ARE A LOT OF COMPLAINTS AGAINST MRS
WINTERS AND THAT SHE WAS IN THE WRONG FOR TREATING THE EMPLOYEES THE
WAY SHE DOES AND SHE SHOULD NOT HAVE HER JOB,BUT I CANNOT BE
TRANSFERRED BECAUSE MY 90 DAY PROBATION PERIOD WASNT UP.

**From:** Pafford, Mark (Mark.Pafford@myfloridahouse.gov)
**To:** clubromeos@yahoo.com;
**Date:** Fri, September 24, 2010 9:45:37 AM
**Cc:**
**Subject:** RE: From 'Write Your Representative' Website

Hello!

Thank you for taking the time to write. I appreciate your views and I want to assure you that I review all my mail. I value input and welcome your participation in the legislative process.

Due to the volume of e-mail I receive, I am sending this automated response to confirm that your e-mail has been received. To help you access information quickly, you may wish to visit the Florida House of Representatives' Web site, www.myfloridahouse.gov.

Also, to sign up for my E-newsletter today, please reply to this email and type "subscribe" in the subject line. It is my way to reduce the use of paper and postage.

Please be sure to provide me with your name, address and phone number. If you are a resident of Florida House District 88 and have a pressing issue or are seeking immediate assistance, please contact my office at 561-682-0156. Thank you.



Sincerely,
**Mark Pafford**
MARK PAFFORD
State Representative
District 88

*Sign up for Rep. Pafford's E-Newsletter today by clicking on mark.pafford@myfloridahouse.gov and typing "Subscribe" in the subject line*

**From:** clubromeos@yahoo.com (clubromeos@yahoo.com)
**To:** adam.hasner@myfloridahouse.gov;
**Date:** Fri, September 24, 2010 9:47:02 AM
**Cc:** clubromeos@yahoo.com;
**Subject:** From 'Write Your Representative' Website

ALLEN CARL GREEN
4041 NORTH OCEAN DRIVE
APT-212
FORT LAUDERDALE,FL 33308-
(561)441-2616

09/24/10 9:47 AM

To the Honorable Adam Hasner;

Company Name = BOCA RATON RESORT AND CLUB
Company Contact = DONNA WINTERS,JOHN RUDOLPH,INGRID GARCIA,JENNIFER WRIGHT
Company Address = 501 EAST CAMINO REAL
City = BOCA RATON
State/Prov = FL
Zip2 = 333432
Country = United States
Company phone = 561-395-3000
Incident = I APPLIED FOR THIS JOB 07/13/2010 AND MY JOB TITTLE WAS CHEF DE
PARTE,MY BASIS FOR MY CLAIM OF EMPLOYMENT
DISCRIMINATION,RACE,COLOR,THREATS,VERBAL,HUMILIATION,RACE
DISCRIMINATION BY DONNA WINTERS,EXECUTIVE CHEF ON 07/24/2010 MRS WINTERS
HAS REPEATEDLY THREATENED TO STRANGLE ME IN FRONT OF OTHER
EMPLOYEES,AND HAS CURSED ME ON SEVERAL DIFFERENT OCCASIONS.ON 07/25/2010
MRS WINTERS TOLD ME THAT IF I WAS TO REPORT THIS MATTER TO HUMAN
RESOURCES THAT SHE WAS GONNA LIE AND TELL THEM THAT I AM ALWAYS LATE
FOR WORK AND SOMETIMES I DONT BOTHER SHOWING UP FOR WORK.MRS WINTERS
HAS MADE IT VERY CLEAR THAT SHE DOES NOT LIKE AFRICAN NOR AFRICAN-
AMERICANS AND DOES HER BEST TO MAKE YOUR WORK EXPERIENCE AT BOCA
RATON RESORT AND CLUB VERY UNCOMFORTABLE TO THE POINT WHERE YOU
WANNA QUIT ON YOUR OWN,AND HAS TOLD ME ON SEVERAL OCCASIONS THAT IF I
DIDNT LIKE WHAT WAS GOING ON I CAN JUST WALK.I WENT TO SPEAK WITH CHEF
JOHN RUDOLPH TO FIND OUT THAT HE AGREES WITH MRS WINTERS ON HER ACTIONS
 AND HOW SHE TREATS THE EMPLOYEES.I THEN WENT TO INGRID GARCIA,HUMAN
RESOURCES RECRUITER,VIA VERBAL REQUEST TO TRANSFER ME TO ANOTHER
LOCATION AND WAS TOLD THAT THERE ARE A LOT OF COMPLAINTS AGAINST MRS
WINTERS AND THAT SHE WAS IN THE WRONG FOR TREATING THE EMPLOYEES THE
WAY SHE DOES AND SHE SHOULD NOT HAVE HER JOB,BUT I CANNOT BE
TRANSFERRED BECAUSE MY 90 DAY PROBATION PERIOD WASNT UP.

BOCA RATON RESORT AND CLUB | Rip-off Report #650635    http://www.ripoffreport.com/Racists/boca-raton-resort-an/boca-raton-...

Case 9:11-cv-80116-... Document 3    Entered on FLSD Docket 09/23/... Page 29 of 64...



Scams, reviews, complaints, lawsuits, frauds. File a report, post your review. Consumers educating consumers.

...by consumers, for consumers

# Ripoff Report.

Don't let them get away with it.® Let the truth be known!    **HOME**

File a Report | Update a Report | Latest Reports | Consumer Resources | Resources Newsletter | Legal Directory

Corporate Advocacy

SEARCH COMPANY OR REPORT #

[ Search ]

Use Advanced Search Latest Reports

Use our complaint form to report a scam. Site problems? Use our support form.

Read "Thank You" e-mails from consumers... Ripoff Report protects consumer's right to speak out.

**Report: #650635**

# Report: BOCA RATON RESORT AND CLUB

**Reported By:** DONT WORK HERE IF YOU ARE A MINORIT (BOCA RATON Florida United States of America)

Share

## BOCA RATON RESORT AND CLUB BOCA RATON RESORT AND CLUB ARE A RACIST COMPANY TO WORK FOR,PLEASE DON'T WORK HERE Internet

...



**BOCA RATON RESORT AND CLUB**
501 EAST CAMINO REAL
Internet 33432
United States of America
Phone: (561) 395-3000
Web Address: http://www.bocaresort.com

**Category:** Racists

**Submitted:** Wednesday, October 13, 2010
Posted: Wednesday, October 13, 2010

**Subject:** HOTELS/FOOD SERVICE

| Report & Rebuttal: | | |
|---|---|---|
| 1 | 0 | 0 |
| Author | Consumer | Employee |

**Respond to this report!**
File a Rebuttal

**Victim of this person/company?**
File a Report

Remove a Ripoff Report?
Submit your case to be considered
for the Judge Alex show!!

I APPLIED FOR THIS JOB 07/13/2010 AND MY JOB TITTLE WAS CHEF DE PARTE AND WAS HIRED ON 07/17/2010 MY BASIS FOR MY CLAIM OF EMPLOYMENT DISCRIMINATION,RACE,COLOR,THREATS,VERBAL,HUMILIATION,RACE DISCRIMINATION BY DONNA WINTERS,EXECUTIVE CHEF ON 07/24/2010 MRS WINTERS HAS REPEATEDLY THREATENED TO STRANGLE ME IN FRONT OF OTHER EMPLOYEES,AND HAS CURSED ME ON SEVERAL DIFFERENT OCCASIONS.
ON 07/25/2010 MRS WINTERS TOLD ME THAT IF I WAS TO REPORT THIS MATTER TO HUMAN RESOURCES THAT SHE WAS GONNA LIE AND TELL THEM THAT I AM ALWAYS LATE FOR WORK AND SOMETIMES I DONT BOTHER SHOWING UP FOR WORK.
MRS WINTERS HAS MADE IT VERY CLEAR THAT SHE DOES NOT LIKE AFRICAN NOR AFRICAN-AMERICANS AND DOES HER BEST TO MAKE YOUR WORK EXPERIENCE AT BOCA RATON RESORT AND CLUB VERY UNCOMFORTABLE TO THE POINT WHERE YOU WANNA QUIT ON YOUR OWN,AND HAS TOLD ME ON SEVERAL OCCASIONS
THAT IF I DIDNT LIKE WHAT WAS GOING ON I CAN JUST WALK.
I WENT TO SPEAK WITH CHEF JOHN RUDOLPH TO FIND OUT THAT HE AGREES WITH MRS WINTERS ON HER ACTIONS AND HOW SHE TREATS THE EMPLOYEES.I THEN WENT TO INGRID GARCIA,HUMAN RESOURCES RECRUITER,VIA VERBAL REQUEST TO TRANSFER ME TO ANOTHER LOCATION AND WAS TOLD THAT THERE ARE A LOT OF COMPLAINTS AGAINST MRS WINTERS AND THAT SHE WAS IN THE WRONG FOR TREATING THE EMPLOYEES THE WAY SHE DOES AND SHE SHOULD NOT HAVE HER
JOB,BUT I CANNOT BE TRANSFERRED BECAUSE MY 90 DAY PROBATION PERIOD WASNT UP.

This report was posted on Ripoff Report on 10/13/2010 4:59:37 PM and is a permanent record located here:
http://www.ripoffreport.com/Racists/BOCA-RATON-RESORT-AN/BOCA-RATON-RESORT-AND-CLUB-BO-F6785.htm.
Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.

Click Here to read other Ripoff Reports on BOCA RATON RESORT

**Search for additional reports**
If you would like to see more Rip-off Reports on this company/individual, search here:

[ BOCA RATON RESORT ]    [ Search ] SEARCH TIPS

## Report & Rebuttal:

**Respond to this report!**

**Victim of this person/company?**

**Repair Your Reputation**





# 674
# 746
# 812

TransUnion.



Did you purchase a sick puppy?

humanesociety.org puppymills



**Video Spotlight | View All**

Data recovery scams over charge and steal private data from broken hard drives.
Play Video

Loan modification offers risk for those facing foreclosure. Don't pay up front!
Play Video

Questionable pyramid scheme takes advantage of consumers.
Play Video



| File a Rebuttal ⑦ | File a Report ⑦ | Get Started ⑦ |

## Ripoff Report

| Home | File a Report | Consumer Resources | Search | Link to Ripoff Report |

| Privacy Policy | Terms of Service | FAQ | About Us | Contact Us | Why Ripoff Report will not release author information! |

| Thank You Emails! | Corporate Advocacy Program: How to repair your business reputation. | Ed Magedson - Ripoff Report Founder |

| Want to sue Ripoff Report? | Donate to our Legal Defense |

Copyright © 1998-2010, Ripoff Report. All rights reserved.

**From:** allen green (clubromeos@yahoo.com)
**To:** andrew.torres@mail.house.gov;
**Date:** Fri, October 22, 2010 12:12:15 PM
**Cc:**
**Subject:** COMPLAINT FORM FROM ALCEE HASTINGS WEBSITE

ALLEN CARL GREEN
321 SW 2ND PLACE
APT-1
POMPANO BEACH,FL 33060
(561)441-2616

Dear Andrew Torres;
Company Name = BOCA RATON RESORT AND CLUB
Company Contact = DONNA WINTERS,JOHN RUDOLPH,INGRID GARCIA,JENNIFER WRIGHT
Company Address = 501 EAST CAMINO REAL
City = BOCA RATON
State/Prov = FL
Zip2 = 333432
Country = United States
Company phone = 561-395-3000

Incident = I APPLIED FOR THIS JOB 07/13/2010 AND MY JOB TITTLE WAS CHEF DE
PARTE,MY BASIS FOR MY CLAIM OF EMPLOYMENT
DISCRIMINATION,RACE,COLOR,THREATS,VERBAL,HUMILIATION,RACE
DISCRIMINATION BY DONNA WINTERS,EXECUTIVE CHEF ON 07/24/2010 MRS WINTERS
HAS REPEATEDLY THREATENED TO STRANGLE ME IN FRONT OF OTHER
EMPLOYEES,AND HAS CURSED ME ON SEVERAL DIFFERENT OCCASIONS.

ON 07/25/2010 MRS WINTERS TOLD ME THAT IF I WAS TO REPORT THIS MATTER TO
HUMAN RESOURCES THAT SHE WAS GONNA LIE AND TELL THEM THAT I AM ALWAYS
LATE FOR WORK AND SOMETIMES I DONT BOTHER SHOWING UP FOR WORK.MRS
WINTERS HAS MADE IT VERY CLEAR THAT SHE DOES NOT LIKE AFRICAN NOR
AFRICAN-AMERICANS AND DOES HER BEST TO MAKE YOUR WORK EXPERIENCE AT
BOCA RATON RESORT AND CLUB VERY UNCOMFORTABLE TO THE POINT WHERE YOU
WANNA QUIT ON YOUR OWN,AND HAS TOLD ME ON SEVERAL OCCASIONS THAT IF I
DIDNT LIKE WHAT WAS GOING ON I CAN JUST WALK.I WENT TO SPEAK WITH CHEF
JOHN RUDOLPH TO FIND OUT THAT HE AGREES WITH MRS WINTERS ON HER ACTIONS
AND HOW SHE TREATS THE EMPLOYEES.

I THEN WENT TO INGRID GARCIA,HUMAN RESOURCES RECRUITER,VIA VERBAL
REQUEST TO TRANSFER ME TO ANOTHER LOCATION AND WAS TOLD THAT THERE ARE
A LOT OF COMPLAINTS AGAINST MRS WINTERS AND THAT SHE WAS IN THE WRONG
FOR TREATING THE EMPLOYEES THE WAY SHE DOES AND SHE SHOULD NOT HAVE HER
JOB,BUT I CANNOT BE TRANSFERRED BECAUSE MY 90 DAY PROBATION PERIOD
WASNT UP.

I GIVE YOU FULL PERMISSION TO FOLLOW-UP WITH THE EEOC IN
WASHINGTON,D.C.REGARDING MY CHARGE FOR DISCRIMINATION.

SINCERELY,
ALLEN CARL GREEN

Contact Us | Find a BBB | Site Map | Text Size    Search Enter Search Term    GO

**For Consumers**

**For Businesses**

**For Charities and Donors**    Southeast Florida and the Caribbean

**About Us**

**News Center**

Based on the nature of your complaint please refer to one of the following agencies to better address your complaint. You may refer to our main complaint page to see the type of complaints BBB can and cannot process.

We do not currently have any agencies that we can recommend for this type of complaint. Please check your local sources for help in this area.

Florida Commission On Human Relations
850 488-7082
325 John Knox Rd Bldg F Ste 241
Tallahassee, FL 32303-4113
http://fchr.state.fl.us

Florida Dept of Highway Safety/Motor Veh
813 740-4288
No Street Address Listed

www.hsmv.state.fl.us.

Florida Commission On Human Relations
850 488-7082
325 John Knox Rd Bldg F Ste 241
Tallahassee, FL 32303-4113
http://fchr.state.fl.us

Privacy Policy | Trademarks | Terms of Use

© 2010 Council of Better Business Bureaus

# Time Card

**Employee:** 7318 - Green, Allen C

**Period:** July 29, 2010
**thru** August 11, 2010

## Hours Paid

| Day | Date | Dept - Position | In | Out | Forced | Reg | OT | DT | Total | Amount | Site |
|-----|------|-----------------|-----|-----|--------|-----|-----|-----|-------|--------|------|
| Sat | 07/31/2010 | 32111-321140 | 0800 | 1000 | | 2.00 | 0.00 | 0.00 | 2.00 | 23.0000 | 2 |
| | | *In Note: hrs for 7/22,7/23,7/24,7/25 paid by manual check.* | | | | | | | | | |
| | | *Out Note: hrs for 7/22,7/23,7/24,7/25 paid by manual check.* | | | | | | | | | |
| | 07/31/2010 | 32111-321140 | 1030 | 1648 | | 6.25 | 0.00 | 0.00 | 6.25 | 71.8750 | 2 |
| Sun | 08/01/2010 | 32111-321140 | 0811 | 1030 | | 2.25 | 0.00 | 0.00 | 2.25 | 25.8750 | 2 |
| | 08/01/2010 | 32111-321140 | 1100 | 1630 | | 5.50 | 0.00 | 0.00 | 5.50 | 63.2500 | 2 |
| Mon | 08/02/2010 | 32111-321140 | 0755 | 1100 | | 3.00 | 0.00 | 0.00 | 3.00 | 34.5000 | 2 |
| | 08/02/2010 | 32111-321140 | 1130 | 1628 | | 5.00 | 0.00 | 0.00 | 5.00 | 57.5000 | 2 |
| Fri | 08/06/2010 | 32111-321140 | 0807 | 1030 | | 2.50 | 0.00 | 0.00 | 2.50 | 28.7500 | 2 |
| | 08/06/2010 | 32111-321140 | 1100 | 1634 | | 5.50 | 0.00 | 0.00 | 5.50 | 63.2500 | 2 |
| Sat | 08/07/2010 | 32111-321140 | 0800 | 1000 | | 2.00 | 0.00 | 0.00 | 2.00 | 23.0000 | 2 |
| | 08/07/2010 | 32111-321140 | 1030 | 1600 | | 5.50 | 0.00 | 0.00 | 5.50 | 63.2500 | 2 |
| Sun | 08/08/2010 | 32111-321140 | 0759 | 1100 | | 3.00 | 0.00 | 0.00 | 3.00 | 34.5000 | 2 |
| | 08/08/2010 | 32111-321140 | 1130 | 1630 | | 5.00 | 0.00 | 0.00 | 5.00 | 57.5000 | 2 |
| Wed | 08/11/2010 | 32111-321140 | 0800 | 1100 | | 3.00 | 0.00 | 0.00 | 3.00 | 34.5000 | 2 |
| | 08/11/2010 | 32111-321140 | 1130 | 1700 | | 5.50 | 0.00 | 0.00 | 5.50 | 63.2500 | 2 |
| | | | | **Totals:** | | **56.00** | **0.00** | **0.00** | **56.00** | **$844.0000** | |

**Genesio, Ann**

| | |
|---|---|
| **From:** | Sandoval, Monet |
| **Sent:** | Thursday, August 05, 2010 11:30 AM |
| **To:** | BRRC Everyone |
| **Subject:** | Resort Iron Chef Competition 8/13 |
| **Attachments:** | image002.gif; oledata.mso |

Sign up for our Fabulous Iron Chef Competition! You won't want to miss out on this one! This is our last Culinary Event for summer spirit this year. Competition will be held on **Friday, Aug. 13<sup>th</sup> at 5:30pm-8:30pm.** <u>Please remember to wait till the day of the event to invite any family or friends if space is still available.</u> We would like to give all employees first opportunity. Limited availability.



CLUBROMEOS@
yahoo.com

Thank You,

Monet N. Sandoval
Human Resources, Associate Relations Manager

Boca Raton Resort & Club

8/5/2010

Licensing Portal - Form

*Investigator*
*Robin Hauser*
*954-917-1333*

Page 1 of 2

🔵 Print Cancel

*Case number :#2010-04-7519*

## DBPR HR-7003 – Division of Hotels and Restaurants Consumer Complaint Form

**STATE OF FLORIDA**
**DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION**
**1940 North Monroe Street**
**Tallahassee, FL 32399-1011**

95-109229473420:
9/22/2010 9:47:34 AM

*If you have any questions or need assistance in completing this application, please contact the Department of Business and Professional Regulation or your local district office. A District Office Address and Contact information Sheet can be found on H&R's page of the DBPR web site at www.MyFlorida.com*

### SECTION 1 - ESTABLISHMENT INFORMATION

License Type: ⦿ Food Service  ○ Lodging  ○ Elevator  ○ Registered Elevator Company  ○ Elevator Inspector

| Name | BOCA RATON RESORT AND CLUB |
|---|---|

| Address | 501 EAST CAMINO REAL |
|---|---|

| City | County | State | Zip Code |
|---|---|---|---|
| BOCA RATON | Palm Beach (60) | FL | 33432 |

| Business Phone: 5613953000 | License Number: |
|---|---|

### SECTION 2 - COMPLAINANT INFORMATION

| Last Name | First | Middle | Title | Suffix |
|---|---|---|---|---|
| GREEN | ALLEN | CARL | | |

Organization Name (if representing an organization, please provide the name of the organization)

### MAILING ADDRESS

| Street Address or P.O. Box | 4041 NORTH OCEAN BLVD |
|---|---|
| | APT-212 |

| City | State | Zip Code (+4 optional) |
|---|---|---|
| FORT LAUDERDALE | FL | 33308 |

| County (if Florida address) Broward (16) | Country United States |
|---|---|

### CONTACT INFORMATION

| Primary Business Phone Number | Primary Home Phone Number |
|---|---|
| 954-515-2474 | 561-441-2616 |

Primary E-Mail Address  clubromeos@yahoo.com

Does the Complainant want to be contacted?  ⦿ Yes  ○ No

### SECTION 3 - DETAILS OF THE COMPLAINT

DATE I APPLIED FOR THIS JOB-07/13/2010 AND MY JOB TITLE WAS CHEF DE PARTE
MY BASIS FOR MY CLAIM OF EMPLOYMENT
DISCRIMINATION,RACE,COLOR,THREATS,VERBAL,HUMILIATION,RACE DISCRIMINATION BY DONNA
WINTERS-EXECUTIVE CHEF
ON 07/24/2010 -MRS WINTERS HAS REPEATEDLY THREATENED TO STRANGLE ME IN FRONT OF OTHER

EMPLOYEES,AND HAS CURSED ME ON SEVERAL DIFFERENT OCCASIONS.
ON 07/25/2010- MRS WINTERS TOLD ME ME THAT IF I WAS TO REPORT THIS MATTER TO HUMAN
RESOURCES THAT SHE WAS GONNA LIE AND TELL THEM THAT I AM ALWAYS LATE FOR WORK AND
SOMETIMES I DONT EVEN BOTHER SHOWING UP FOR WORK.MRS WINTERS HAS MADE IT VERY CLEAR
BY HER ACTIONS,VERBAL ABUSE THAT SHE DOES NOT LIKE AFRICAN OR AFRICAN-AMERICANS AND
DOES HER BEST TO MAKE YOUR WORK EXPERIENCE AT BOCA RATON RESORT AND CLUB VERY
UNCOMFORTABLE TO THE POINT WHERE YOU WANNA QUIT ON YOUR OWN,AND HAS TOLD ME ON
SEVERAL OCCASIONS THAT IF I DIDN'T LIKE WHAT WAS GOING ON BOCA RATON RESORT AND CLUB
THAT I CAN JUST WALK,I WENT AND SPOKE WITH CHEF JOHN RUDOLPH TO FIND OUT THAT HE AGREES

Submit

*9 57 06 AM 9/22/2010*

**Complaint Confirmation**

**The Department of Business and Professional Regulation has received your complaint.**
For Profession complaints, please understand that certain complaints are confidential. We are
prohibited from discussing a confidential complaint with you pursuant to section 455.225(10),
Florida Statutes, which states: "The complaint and all information obtained pursuant to the
investigation by the department are confidential and exempt from S. 119.07(1) until ten (10)
days after probable cause has been found to exist by the probable cause panel or by the
department, or until the regulated professional or subject of the investigation waives his or her
privilege of confidentiality, whichever occurs first."

For complaints filed with the Division of Hotels and Restaurants, it is by Florida statute that any
information contained in the complaint is public record upon submission. In any event, you will be
advised regarding the status of your complaint.

| Terms of Use | | Privacy Statement |



## U.S. Equal Employment Opportunity Commission
## Miami District Office

2 South Biscayne Blvd
Suite 2700
Miami, FL 33131
(305) 808-1851
TTY (305) 808-1742
FAX (305) 808-1855

Respondent: BOCA RATON RESORT AND CLUB
EEOC Inquiry No.: 510-2011-00274

October 27, 2010

Allen Green
321 Sw 2nd Place, Apt. 1
Pompano Beach, FL 33060

Dear Mr. Green:

This is with reference to your recent intake questionnaire in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[ X ]   Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]   The Age Discrimination in Employment Act (ADEA)

[ ]   The Americans with Disabilities Act (ADA)

[ ]   The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. To enable proper handling of this action by the Commission you should:

(1) Review the enclosed charge form.

(2) Sign and date the charge in the bottom left hand block where I have made an "X".

(3) Return the signed charge to this office. **(Keep a copy for your records).**

These steps are necessary if you wish to file a charge. No charge has been filed because the correspondence you submitted was not signed. Since charges should be filed within the time limits imposed by law, please complete these steps as soon as possible. Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

**IF WE DO NOT RECEIVE YOUR SIGNED CHARGE WITHIN 30 DAYS OR HEAR FROM YOU WITHIN 30 DAYS, WE WILL ASSUME THAT YOU DECIDED NOT TO FILE A CHARGE OF DISCRIMINATION WITH EEOC.**

Please use the "EEOC Inquiry No." listed at the top of this letter whenever you call us. Please notify this office of any change in address or of any prolonged absence from home.

Sincerely,

*Linda Byars*

Linda Byars
Investigator Support Asst
(305) 808-1816

Office Hours: Monday – Friday, 8:00 a.m. - 4:30 p.m.
www.eeoc.gov
Enclosure(s): Copy of EEOC Form 5, Charge of Discrimination

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 510-2011-00274 |

| Florida Commission On Human Relations | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Allen Green | (954) 515-2474 | 11-30-1978 |

| Street Address | City, State and ZIP Code |
|---|---|
| 321 Sw 2nd Place, Apt. 1, Pompano Beach, FL 33060 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| BOCA RATON RESORT AND CLUB | 15 - 100 | (561) 447-3000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 501 East Camino Real,  Boca Raton, FL 33432 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **07-24-2010**   Latest **08-08-2010**

☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I.   I am African American.  I was employed by the above named Respondent on July 17, 2010, as a Chef De Parte and terminated on August 8, 2010.  The Executive Chef, Donna Winter, repeatedly threatened to strangle me and cursed at me on several occasions.  Ms. Winters made it clear to me that she does not like African Americans.  I believe I was discriminated against because of my race.

II.  No reason given for this action.

III.  The Respondent discriminated against me because of my race in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 10/29/10   *k allen Green*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

*Investigator: Marvin Spencer*

## FLORIDA COMMISSION ON HUMAN RELATIONS
### Technical Assistance Questionnaire
*Your answers to this questionnaire are confidential pursuant to Florida Statute 760.11(12)*

FCHR Website: http://fchr.state.fl.us  *Exh:1022*          FCHR Toll Free Number: 1-800-342-8170

---

### 1. Establishing Jurisdiction

a. What is today's date? (mm/dd/yyyy)

## 08/28/2010

c. What is the **most recent** or **last** date that an alleged discriminatory act occurred against you by the employer you are filing a claim against? (mm/dd/yyyy) 07/24/2010

*\*If your answer is more than 365 days before today's date, please stop and contact a customer service representative at 1-800-342-8170 or 1-850-488-7082. You may also contact an attorney or your local legal aid office.*

---

b. What is the approximate number of persons employed by the employer you are filing a claim against? 500

*\*If your answer is less than 15 employees, please stop and contact a customer service representative at 1-800-342-8170 or 1-850-488-7082. You may also contact an attorney or your local legal aid office.*

**For Official Use Only**

Jurisdictional: Yes ☐   No ☐

Date processed: (mm/dd/yyyy) _____

---

### 2. Contact Information

a. Prefix: Mr. ●     Ms. ○     Mrs. ○

b. Name (First, Middle, Last): **ALLEN CARL GREEN**

c. Mailing Address: **4041 NORTH OCEAN BLVD APT-212**

d. City: **FORT LAUDERDALE** Zip Code: **33308**    County: **PALM BEACH**

Email Address: **clubromeos@yahoo.com**

e. Home Phone: (954) 515-2474 Work Phone: (661) 441-2616 Cell Phone: _____ Date of Birth: (mm/dd/yyyy) **11/30/1978**

f. If you will be represented by an attorney, please provide the following: _____

Attorney's Name: _____ Phone: _____

Mailing Address: _____ Email: _____

g. Please provide the name and telephone number of a person who does not live with you but would know how to reach you:

Name: **KEISHA GREEN** _____ Phone: **(561) 441-2616**

h. If you have filed a complaint of discrimination with the FCHR, EEOC or any local agency within the last year, please complete the following: **DBPR,FCHR,BBB**

Agency Name: **SEE COMPLAINT LETTERS**

Approximate file date: (mm/dd/yyyy) **08/28/2010** Complaint/Charge Number: _____

# FLORIDA COMMISSION ON HUMAN RELATIONS
## Technical Assistance Questionnaire
*Your answers to this questionnaire are confidential pursuant to Florida Statute 760.11(12)*

FCHR Website: http://fchr.state.fl.us          FCHR Toll Free Number: 1-800-342-8170

---

## 3. Basis of Discrimination

On what basis do you believe you were discriminated against?  Please check only the box or boxes that apply to your charge of discrimination.

☑ Race          ☑ Color

☐ National Origin     ☐ Religion

☐ Sex          ☐ Age

☐ Marital Status     ☐ Disability

☑ Retaliation

---

## 4. Description of Alleged Discrimination

Please provide a description of the alleged discriminatory act or acts that your employer, former employer, or potential employer took against you.  Your description should include the following:

1. What happened, who took the actions against you, when (what dates) the actions occurred, and what reason the employer gave you for these actions.
2. Your job title or the position you applied for, your employment start date or the date you applied for a position, and your last date of employment, if applicable.  **Please limit your response to 250 words.**

DATE I APPLIED FOR THIS JOB-07/13/2010 AND MY JOB TITLE WAS CHEF DE PARTE
MY BASIS FOR MY CLAIM OF EMPLOYMENT DISCRIMINATION,RACE,COLOR,THREATS,VERBAL,HUMILIATION,RACE DISCRIMINATION BY DONNA WINTERS-EXECUTIVE CHEF
ON 07/24/2010 -MRS WINTERS HAS REPEATEDLY THREATENED TO STRANGLE ME IN FRONT OF OTHER EMPLOYEES,AND HAS CURSED ME ON SEVERAL DIFFERENT OCCASIONS.
ON 07/25/2010- MRS WINTERS TOLD ME ME THAT IF I WAS TO REPORT THIS MATTER TO HUMAN RESOURCES THAT SHE WAS GONNA LIE AND TELL THEM THAT I AM ALWAYS LATE FOR WORK AND SOMETIMES I DONT EVEN BOTHER SHOWING UP FOR WORK,MRS WINTERS HAS MADE IT VERY CLEAR BY HER ACTIONS,VERBAL ABUSE THAT SHE DOES NOT LIKE AFRICAN OR AFRICAN-AMERICANS AND DOES HER BEST TO MAKE YOUR WORK EXPERIENCE AT BOCA RATON RESORT AND CLUB VERY UNCOMFORTABLE TO THE POINT WHERE YOU WANNA QUIT ON YOUR OWN,AND HAS TOLD ME ON SEVERAL OCCASIONS THAT IF I DIDN'T LIKE WHAT WAS GOING ON BOCA RATON RESORT AND CLUB THAT I CAN JUST WALK,I WENT AND SPOKE WITH CHEF JOHN RUDOLPH TO FIND OUT THAT HE AGREES WITH MRS.WINTERS ON HER ACTIONS AND HOW SHE IS TREATING THE EMPLOYEES.

---

## 5. Similarly Situated Employees

In the box below, identify any employees who have been in the same situation as you, but were treated more favorably because they have a different protected class than you (For example, they are a different race, sex, religion, age, etc.).  Provide a brief description of how these employees were treated differently than you.  **Please limit your response to 250 words.**

MICHELLE DAUQUIN,CHEF DE PARTE,30'S,AFRICAN-AMERICAN
HAS BEEN ON THE RECEIVING END OF MRS.WINTERS DISCRIMINATION AND CAN VERIFY
HOW SHE DISCRIMINATES AGAINST OTHER EMPLOYEES.

# FLORIDA COMMISSION ON HUMAN RELATIONS
## Technical Assistance Questionnaire
*Your answers to this questionnaire are confidential pursuant to Florida Statute 760.11(12)*

FCHR Website: http://fchr.state.fl.us                    FCHR Toll Free Number: 1-800-342-8170

---

### 6. Complaints filed on the basis of Disability

This portion is only to be completed by persons who have selected disability as one of their bases for filing this claim of discrimination. If disability is not one of the bases of your claim, please skip this portion and move on to the next section.

a. Check all that apply:

☐ I have a disability

☐ I had a disability in the past

☑ I do not have a disability, but the employer treats or treated me as if I do have a disability.

b. Did you ask the employer for any assistance or change in working conditions because of your disability?  ☐ Yes  ☑ No

c. Did you need this assistance or change in working conditions in order to perform the job?  ☐ Yes  ☑ No

d. Who did you make this request to? Provide the full name of the person:  **INGRID GARCIA**

e. How did you make the request?  ☑ Verbal   ☐ Writing

f. Please describe the assistance or change in working conditions you requested, and the result of your request, if any.
   The word limit for this text box is 250 words.

TO TRANSFER ME TO ANOTHER LOCATION AND WAS TOLD THAT THERE ARE A LOT OF COMPLAINTS AGAINST MRS.WINTERS AND THAT SHE WAS IN THE WRONG FOR TREATING THE EMPLOYEES THE WAY SHE DOES AND SHOULD NOT HAVE HER JOB,BUT I CANNOT BE TRANSFERRED BECAUSE MY 90 DAY PROBATION PERIOD WAS UP.

## FLORIDA COMMISSION ON HUMAN RELATIONS
### Technical Assistance Questionnaire
*Your answers to this questionnaire are confidential pursuant to Florida Statute 760.11(12)*

FCHR Website: http://fchr.state.fl.us          FCHR Toll Free Number: 1-800-342-8170

---

### 7. Respondent Contact Information

Provide the name of the business you are filing this claim against: DONNA WINTERS

Provide the name of the Human Resources Officer or other management level contact person for this business: EXECUTIVE CHEF

Mailing address of the business: 501 EAST CAMINO REAL

City: BOCA RATON          State: FL

Zip code: 33432          Phone number:

Email address, if known:

---

I understand that information on this questionnaire may be shared, in whole or part, by the Florida Commission on Human Relations with the U.S. Equal Employment Opportunity Commission and the Respondent indicated. With the exception of these parties, this information will be kept confidential.

I understand, agree, and request the Commission's assistance.

ALLEN CARL GREEN          08/28/2010

Signature of the person filing the discrimination complaint          Date 08/28/2010

---

**Please print out and mail or fax to:**

**Florida Commission on Human Relations**
**2009 Apalachee Parkway, Suite 100**
**Tallahassee, FL 32301**

**Fax: 850-488-5291**

**Telephone: 850-488-7082**

**Toll Free: 1-800-342-8170**

Complimentary

# Fax Cover Sheet

## Village Pack N Ship
3511 Wedgewood Lane, The Villages, Fl 32162

## Fax (352) 750-6797
Phone (352) 750-2777

Fax Number _305 384 4676_

Date _11-18-10_          Time _1:40_

From _Phil James_

ATTENTION: _Allyson Kutner_

Notes: _If you need anything further,_

_please let me know._

Number of Pages
Including cover sheet _3_

This information contained in this fax message is privileged and confidential information intended for the use of the individual named above.  If the reader of this fax message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby on notice that you are in possession of confidential and privileged information.  Any dissemination, distribution or copying of this communication is strictly prohibited.   Please immediately notify the sender by phone of your inadvertent receipt and please return this fax to the sender at the above address.

**ADP**

# Earnings Statement

CO. FILE DEPT. CLOCK NUMBER 130
GBF 007318 232111 0052695780 2

WHM LLC
501 E. CAMINO REAL
BOCA RATON, FL 33432

Period Ending: 08/11/2010
Pay Date: 08/19/2010

ALLEN C GREEN
1700 BLOUNT RD.
POMPANO BEACH FL 33069

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
FL: No State Income Tax

Social Security Number: XXX-XX-4371

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.5000 | 56.00 | 644.00 | 1,357.00 |
| Orientation | | | | 143.75 |
| **Gross Pay** | | | **$644.00** | 1,500.75 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -53.28 | 97.37 |
| | Social Security Tax | -39.93 | 93.05 |
| | Medicare Tax | -9.34 | 21.76 |
| | **Net Pay** | **$541.45** | |

Your federal taxable wages this period are $644.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Employee Id | | 1284422 |

**Deposits**
Account No.                          xxxxxxxx6826
Transit/ABA                          xxxx xxxx
Pending

**Important Notes**
YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT
DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

**ADP.**

# Earnings Statement

Period Ending: 08/25/2010
Pay Date: 09/02/2010

ALLEN C GREEN
1700 BLOUNT RD.
POMPANO BEACH FL 33069

**BOCA RATON RESORT CLUB**

CO.     FILE     DEPT.    CLOCK   NUMBER   130
GBF    007318   232111             0052710560  1

WHM LLC
501 E. CAMINO REAL
BOCA RATON, FL 33432

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:   0
FL:        No State Income Tax

Social Security Number: XXX-XX-4371

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.5000 | 12.75 | 146.63 | 1,503.63 |
| Orientation | | | | 143.75 |
| | | | 146.63 | 1,647.38 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -9.09 | 102.14 |
| | Medicare Tax | -2.13 | 23.89 |
| | Federal Income Tax | | 97.37 |
| | Net Pay | 135.41 | |

Your federal taxable wages this period are $146.63

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Employee Id | | 1284422 |

25, 26, 27

©1999, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

From 'Write Your Representative' Website - romeo - Yahoo! Mail     Page 2 of 2

Case 9:11-cv-80110-JIC   Document 9   Entered on FLSD Docket 05/23/2011   Page 48 of 64

## My Folders

1. *chef green (5)*
2. *management (1)*
3. *romeo (33)*

[Add a new folder - Edit folders]



Incident = I APPLIED FOR THIS JOB 07/13/2010 AND MY JOB TITTLE WAS CHEF DE PARTE,MY BASIS FOR MY CLAIM OF EMPLOYMENT DISCRIMINATION,RACE,COLOR,THREATS,VERBAL,HUMILIATION,RACE DISCRIMINATION BY DONNA WINTERS,EXECUTIVE CHEF ON 07/24/2010 MRS WINTERS HAS REPEATEDLY THREATENED TO STRANGLE ME IN FRONT OF OTHER EMPLOYEES,AND HAS CURSED ME ON SEVERAL DIFFERENT OCCASIONS.ON 07/25/2010 MRS WINTERS TOLD ME THAT IF I WAS TO REPORT THIS MATTER TO HUMAN RESOURCES THAT SHE WAS GONNA LIE AND TELL THEM THAT I AM ALWAYS LATE FOR WORK AND SOMETIMES I DONT BOTHER SHOWING UP FOR WORK.MRS WINTERS HAS MADE IT VERY CLEAR THAT SHE DOES NOT LIKE AFRICAN NOR AFRICAN-AMERICANS AND DOES HER BEST TO MAKE YOUR WORK EXPERIENCE AT BOCA RATON RESORT AND CLUB VERY UNCOMFORTABLE TO THE POINT WHERE YOU WANNA QUIT ON YOUR OWN,AND HAS TOLD ME ON SEVERAL OCCASIONS THAT IF I DIDNT LIKE WHAT WAS GOING ON I CAN JUST WALK.I WENT TO SPEAK WITH CHEF JOHN RUDOLPH TO FIND OUT THAT HE AGREES WITH MRS WINTERS ON HER ACTIONS
   AND HOW SHE TREATS THE EMPLOYEES.I THEN WENT TO INGRID GARCIA,HUMAN RESOURCES RECRUITER,VIA VERBAL REQUEST TO TRANSFER ME TO ANOTHER LOCATION AND WAS TOLD THAT THERE ARE A LOT OF COMPLAINTS AGAINST MRS WINTERS AND THAT SHE WAS IN THE WRONG FOR TREATING THE EMPLOYEES THE WAY SHE DOES AND SHE SHOULD NOT HAVE HER JOB,BUT I CANNOT BE TRANSFERRED BECAUSE MY 90 DAY PROBATION PERIOD WASNT UP.

[Delete]

[Reply] [Forward]

[Spam]

[Move...]

Go to Previous message | Go to Next message | Back to Messages
Select Message Encoding                     Full Headers

[Check Mail]

[New]

Mail Search  [Mail Search]

Reply Reply All Forward Forward
WelcomeInboxNewFoldersMail Options

Copyright © 1994-2011 Yahoo! Inc  All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy - About Our Ads.

```xml
<?xml version="1.0" encoding="UTF-8" ?>
- <BatchExecuteResponse>
  - <response success="true">

        <SetMetaDataResponse />
     </response>
```

Case 9:11-cv-80110-JIC   Document 9   Entered on FLSD Docket 05/23/2011   Page 49 of 64
09/24/10 9:42 AM

## My Folders

1. *chef green* **(5)**
2. *management* **(1)**
3. *romeo* **(33)**

[Add a new folder - Edit folders]



Get Started Today!
CLICK HERE

To the Honorable Kelly Skidmore;

Company Name = BOCA RATON RESORT AND CLUB
Company Contact = DONNA WINTERS,JOHN RUDOLPH,INGRID GARCIA
Company Address = 501 EAST CAMINO REAL
City = BOCA RATON
State/Prov = FL
Zip2 = 333432
Country = United States
Company phone = 561-395-3000
Incident = I APPLIED FOR THIS JOB 07/13/2010 AND MY JOB TITTLE WAS
CHEF DE PARTE,MY BASIS FOR MY CLAIM OF EMPLOYMENT
DISCRIMINATION,RACE,COLOR,THREATS,VERBAL,HUMILIATION,RACE
DISCRIMINATION BY DONNA WINTERS,EXECUTIVE CHEF ON 07/24/2010 MRS
WINTERS HAS REPEATEDLY THREATENED TO STRANGLE ME IN FRONT OF OTHER
EMPLOYEES,AND HAS CURSED ME ON SEVERAL DIFFERENT OCCASIONS.ON
07/25/2010 MRS WINTERS TOLD ME THAT IF I WAS TO REPORT THIS MATTER
TO HUMAN RESOURCES THAT SHE WAS GONNA LIE AND TELL THEM THAT I AM
ALWAYS LATE FOR WORK AND SOMETIMES I DONT BOTHER SHOWING UP FOR
WORK.MRS WINTERS HAS MADE IT VERY CLEAR THAT SHE DOES NOT LIKE
AFRICAN NOR AFRICAN-AMERICANS AND DOES HER BEST TO MAKE YOUR WORK
EXPERIENCE AT BOCA RATON RESORT AND CLUB VERY UNCOMFORTABLE TO THE
POINT WHERE YOU WANNA QUIT ON YOUR OWN,AND HAS TOLD ME ON SEVERAL
OCCASIONS THAT IF I DIDNT LIKE WHAT WAS GOING ON I CAN JUST WALK.I
WENT TO SPEAK WITH CHEF JOHN RUDOLPH TO FIND OUT THAT HE AGREES
WITH MRS WINTERS ON HER ACTIONS
   AND HOW SHE TREATS THE EMPLOYEES.I THEN WENT TO INGRID
GARCIA,HUMAN RESOURCES RECRUITER,VIA VERBAL REQUEST TO TRANSFER ME
TO ANOTHER LOCATION AND WAS TOLD THAT THERE ARE A LOT OF COMPLAINTS
AGAINST MRS WINTERS AND THAT SHE WAS IN THE WRONG FOR TREATING THE
EMPLOYEES THE WAY SHE DOES AND SHE SHOULD NOT HAVE HER JOB,BUT I
CANNOT BE TRANSFERRED BECAUSE MY 90 DAY PROBATION PERIOD WASNT UP.

Delete
Reply   Forward
Spam
Move...

Reply · Reply All · Forward Next message Select Message Encoding
Forward

| Full Headers

Check Mail

New

Mail Search   Mail Search

Welcome Inbox New Folders Mail Options

Copyright © 1994-2011 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy - About Our Ads.

<?xml version="1.0"
encoding="UTF-8" ?>
- <BatchExecuteResponse>
  - <response success="**true**">

        <SetMetaDataResponse />
    </response>

FW: From 'Write Your Representative' Website - romeo - Yahoo! Mail                    Page 2 of 3

Case 9:11-cv-80110-JIC   Document 9   Entered on FLSD Docket 05/23/2011   Page 50 of 64
09/24/10 9:42 AM

## My Folders

1. *chef green (5)*
2. *management (1)*
3. *romeo (33)*



Curves
circuit
with ZUMBA

**Get Started Today!**

CLICK HERE
*Restrictions apply*

[Add a new folder - Edit folders]

To the Honorable Kelly Skidmore;

Company Name = BOCA RATON RESORT AND CLUB
Company Contact = DONNA WINTERS,JOHN RUDOLPH,INGRID GARCIA
Company Address = 501 EAST CAMINO REAL
City = BOCA RATON
State/Prov = FL
Zip2 = 333432
Country = United States
Company phone = 561-395-3000
Incident = I APPLIED FOR THIS JOB 07/13/2010 AND MY JOB TITTLE WAS
CHEF DE PARTE,MY BASIS FOR MY CLAIM OF EMPLOYMENT
DISCRIMINATION,RACE,COLOR,THREATS,VERBAL,HUMILIATION,RACE
DISCRIMINATION BY DONNA WINTERS,EXECUTIVE CHEF ON 07/24/2010 MRS
WINTERS HAS REPEATEDLY THREATENED TO STRANGLE ME IN FRONT OF OTHER
EMPLOYEES,AND HAS CURSED ME ON SEVERAL DIFFERENT OCCASIONS.ON
07/25/2010 MRS WINTERS TOLD ME THAT IF I WAS TO REPORT THIS MATTER
TO HUMAN RESOURCES THAT SHE WAS GONNA LIE AND TELL THEM THAT I AM
ALWAYS LATE FOR WORK AND SOMETIMES I DONT BOTHER SHOWING UP FOR
WORK.MRS WINTERS HAS MADE IT VERY CLEAR THAT SHE DOES NOT LIKE
AFRICAN NOR AFRICAN-AMERICANS AND DOES HER BEST TO MAKE YOUR WORK
EXPERIENCE AT BOCA RATON RESORT AND CLUB VERY UNCOMFORTABLE TO THE
POINT WHERE YOU WANNA QUIT ON YOUR OWN,AND HAS TOLD ME ON SEVERAL
OCCASIONS THAT IF I DIDNT LIKE WHAT WAS GOING ON I CAN JUST WALK.I
WENT TO SPEAK WITH CHEF JOHN RUDOLPH TO FIND OUT THAT HE AGREES
WITH MRS WINTERS ON HER ACTIONS
    AND HOW SHE TREATS THE EMPLOYEES.I THEN WENT TO INGRID
GARCIA,HUMAN RESOURCES RECRUITER,VIA VERBAL REQUEST TO TRANSFER ME
TO ANOTHER LOCATION AND WAS TOLD THAT THERE ARE A LOT OF COMPLAINTS
AGAINST MRS WINTERS AND THAT SHE WAS IN THE WRONG FOR TREATING THE
EMPLOYEES THE WAY SHE DOES AND SHE SHOULD NOT HAVE HER JOB,BUT I
CANNOT BE TRANSFERRED BECAUSE MY 90 DAY PROBATION PERIOD WASNT UP.

[ Delete ]

[ Reply ]  [ Forward ]

[ Spam ]

[ Move... ]

Reply Reply All Forward Next message Select Message Encoding
Forward

| Full Headers

[ Check Mail ]

[ New ]

Mail Search  [ Mail Search ]

WelcomeInboxNewFoldersMail Options

Copyright © 1994-2011 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy - About Our Ads.

```
<?xml version="1.0"
encoding="UTF-8" ?>
- <BatchExecuteResponse>
 - <response success="true">

    <SetMetaDataResponse />
  </response>
```

http://us.mg2.mail.yahoo.com/dc/launch?.gx=1&.rand=3auueo4qi38vk

THE POINT WHERE YOU WANNA QUIT ON YOUR OWN,AND HAS TOLD ME ON SEVERAL
OCCASIONS
THAT IF I DIDNT LIKE WHAT WAS GOING ON I CAN JUST WALK.I WENT TO SPEAK
WITH
CHEF JOHN RUDOLPH TO FIND OUT THAT HE AGREES WITH MRS WINTERS ON HER
ACTIONS
AND HOW SHE TREATS THE EMPLOYEES.I THEN WENT TO INGRID GARCIA,HUMAN
RESOURCES
RECRUITER,VIA VERBAL REQUEST TO TRANSFER ME TO ANOTHER LOCATION AND
WAS
TOLD
THAT THERE ARE A LOT OF COMPLAINTS AGAINST MRS WINTERS AND THAT SHE WAS
IN
THE
WRONG FOR TREATING THE EMPLOYEES THE WAY SHE DOES AND SHE SHOULD NOT
HAVE
HER
JOB,BUT I CANNOT BE TRANSFERRED BECAUSE MY 90 DAY PROBATION PERIOD
WASNT
UP.

**From:** info@consumeraffairs.com (info@consumeraffairs.com)
**To:** clubromeos@yahoo.com;
**Date:** Wed, September 22, 2010 1:01:37 PM
**Cc:**
**Subject:** Your Consumer Complaint

Thank you for sending your consumer incident report to
ConsumerAffairs.com. The text of your report appears below. We suggest
you print the report or save it as a file for your permanent records.

Your report will be reviewed by our editors and may be published on our
Web site and shared with members of the media, government investigators
and attorneys prosecuting actions on behalf of consumers.

While our Web site may suggest general responses, please keep in mind
that we are not providing you with legal advice. Our editors are not
attorneys. You should always consult an attorney
familiar with the laws in your locality.

Thank you again for your report. We keep all of the reports we receive and
review them constantly to find patterns of abusive and misleading behavior
that works against the best interests of consumers. We also post excerpts
on our Web site as a guide to other consumers, so the information you
provide will benefit others and may help them make sound consumer
decisions.

Thank you again for writing to us. To keep up to date on consumer issues,
you may subscribe to our free daily and weekly newsletters, our RSS feeds
and the tweets we post daily to Twitter. All of these services are free.
Instructions are on our Web site.


ConsumerAffairs.com Inc.
A private consumer publication -- not supported by taxpayer dollars
and not affiliated with any government agency.

------------------

Message that you sent:

Date = 2010-09-22-17:01:37
Name = ALLEN CARL GREEN
Address = 4041 NORTH OCEAN BLVD APT-212
City = FORT LAUDERDALE
St = FL
Zip = 33308
Country = United States
Email = clubromeos@yahoo.com
Home phone = 954-515-2474
Work phone = 561-441-2616
Company Name = BOCA RATON RESORT AND CLUB

http://us.mg2.mail.yahoo.com/dc/launch?.gx=1&.rand=3auuoo4qi38vk

**From:** AG (AG@MyFloridaLegal.com)
**To:** clubromeos@yahoo.com;
**Date:** Tue, September 28, 2010 6:01:31 PM
**Cc:**
**Subject:** From Attorney General Bill McCollum

Florida Attorney General Bill McCollum recently received your email
regarding your concerns that you were discriminated against by the Boca
Raton Resort and Club.  Attorney General McCollum asked that I respond on
his behalf.  I am sorry for the difficulties you have experienced.

I understand how important this is to you; however, I must inform you that
the Attorney General's Office is not at liberty to directly intervene on
your behalf to resolve this issue.  We are further precluded by law from
providing legal advice to private individuals.  The appropriate agencies
to address allegations of employee discrimination is the Florida
Commission on Human Relations and the U.S. Equal Employment Opportunity
Commission.  In an effort to be of assistance, I have provided contact
information for these agencies below:

U.S. Equal Employment Opportunity Commission
131 M Street, Northeast
Washington, DC 20507
Phone: (202) 663-4900
Website: http://www.eeoc.gov/
Email: info@eeoc.gov

Florida Commission on Human Relations
2009 Apalachee Parkway, Suite 200
Tallahassee, Florida 32301
Phone: (850) 488-7082
Toll-Free: (800) 342-8170
Fax: (850) 488-5291
Website: http://fchr.state.fl.us
Email: fchrinfo@fchr.myflorida.com

Finally, it is in your best interests to consider consulting a private
attorney on this matter.  An attorney can give you the legal advice which
our office is precluded by law from giving to private individuals.  The
Florida Bar offers a Lawyer Referral Service which you may contact
toll-free at (800) 342-8060.  If you cannot afford an attorney, you may be
eligible for low cost or pro bono assistance through a local legal aid
office.  The Florida Bar can assist you with this process.

Thank you for giving us the opportunity to hear from you.  Please
understand the Attorney General's inability to intervene is due to a lack
of jurisdiction, not a lack of concern.

Sincerely,

Florida Attorney General - Contact Form    Page 1 of 1

skip to content



Today is September 22, 2010

*Office of the*
# ATTORNEY GENERAL *of* FLORIDA
## *Bill McCollum*

| Enter search | GO |
|---|---|

HOME

AG Bill McCollum

Office Information

Programs and Units

Employment

Open Government

Crime and Fraud

Consumer Protection

Citizen Safety

Victims' Services

AG Opinions

## Thank-you

ALLEN GREEN,

Thank you for contacting the Attorney General's Office regarding HOTELS/FOOD SERVICE. Our staff will process it as soon as possible and, if necessary, respond appropriately. We appreciate hearing from concerned citizens such as yourself. If you wish to keep abreast of the activities of this office, you may wish to consider a subscription to our electronic newsletter Generally Speaking. Or perhaps our Consumer Alerts. Should you wish to subscribe to either, or both, publications, please click here.

Enter email address

Submit

Keep up with our latest news and consumer information:



Newsletter

RSS feed

Audio Msg

Twitter

Fraud Hotline
1-866-966-7226

Contact Us



CWAG
2010 Website Award
CONFERENCE
OF
WESTERN
ATTORNEYS
GENERAL

Best Online Services

*9:57:06 AM 9/22/2010*

## Complaint Confirmation

**The Department of Business and Professional Regulation has received your complaint.**
For Profession complaints, please understand that certain complaints are confidential. We are prohibited from discussing a confidential complaint with you pursuant to section 455.225(10), Florida Statutes, which states: "The complaint and all information obtained pursuant to the investigation by the department are confidential and exempt from S. 119.07(1) until ten (10) days after probable cause has been found to exist by the probable cause panel or by the department, or until the regulated professional or subject of the investigation waives his or her privilege of confidentiality, whichever occurs first."

For complaints filed with the Division of Hotels and Restaurants, it is by Florida statute that any information contained in the complaint is public record upon submission. In any event, you will be advised regarding the status of your complaint.

| Terms of Use | | Privacy Statement |

**From:** Pafford, Mark (Mark.Pafford@myfloridahouse.gov)
**To:** clubromeos@yahoo.com;
**Date:** Fri, September 24, 2010 9:45:37 AM
**Cc:**
**Subject:** RE: From 'Write Your Representative' Website

Hello!

Thank you for taking the time to write. I appreciate your views and I want to assure you that I review all my mail. I value input and welcome your participation in the legislative process.

Due to the volume of e-mail I receive, I am sending this automated response to confirm that your e-mail has been received. To help you access information quickly, you may wish to visit the Florida House of Representatives' Web site, www.myfloridahouse.gov.

Also, to sign up for my E-newsletter today, please reply to this email and type "subscribe" in the subject line. It is my way to reduce the use of paper and postage.

Please be sure to provide me with your name, address and phone number. If you are a resident of Florida House District 88 and have a pressing issue or are seeking immediate assistance, please contact my office at 561-682-0156. Thank you.



Sincerely,
**Mark Pafford**
MARK PAFFORD
State Representative
District 88

*Sign up for Rep. Pafford's E-Newsletter today by clicking on mark.pafford@myfloridahouse.gov and typing "Subscribe" in the subject line*

http://us.mg2.mail.yahoo.com/dc/launch?.gx=1&.rand=3auuoo4qi38vk

SINCERELY,
ALLEN CARL GREEN

# Time Card

**Employee:** 7318 - Green, Allen C

**Period:** July 29, 2010
**thru** August 11, 2010

## Hours Paid

| Day | Date | Dept - Position | In | Out | Forced | Reg | OT | DT | Total | Amount | Site |
|-----|------|-----------------|------|------|--------|------|------|------|-------|---------|------|
| Sat | 07/31/2010 | 32111-321140 | 0800 | 1000 | | 2.00 | 0.00 | 0.00 | 2.00 | 23.0000 | 2 |
| | | *In Note: hrs for 7/22,7/23,7/24,7/25 paid by manual check.* | | | | | | | | | |
| | | *Out Note: hrs for 7/22,7/23,7/24,7/25 paid by manual check.* | | | | | | | | | |
| | 07/31/2010 | 32111-321140 | 1030 | 1648 | | 6.25 | 0.00 | 0.00 | 6.25 | 71.8750 | 2 |
| Sun | 08/01/2010 | 32111-321140 | 0811 | 1030 | | 2.25 | 0.00 | 0.00 | 2.25 | 25.8750 | 2 |
| | 08/01/2010 | 32111-321140 | 1100 | 1630 | | 5.50 | 0.00 | 0.00 | 5.50 | 63.2500 | 2 |
| Mon | 08/02/2010 | 32111-321140 | 0755 | 1100 | | 3.00 | 0.00 | 0.00 | 3.00 | 34.5000 | 2 |
| | 08/02/2010 | 32111-321140 | 1130 | 1628 | | 5.00 | 0.00 | 0.00 | 5.00 | 57.5000 | 2 |
| Fri | 08/06/2010 | 32111-321140 | 0807 | 1030 | | 2.50 | 0.00 | 0.00 | 2.50 | 28.7500 | 2 |
| | 08/06/2010 | 32111-321140 | 1100 | 1634 | | 5.50 | 0.00 | 0.00 | 5.50 | 63.2500 | 2 |
| Sat | 08/07/2010 | 32111-321140 | 0800 | 1000 | | 2.00 | 0.00 | 0.00 | 2.00 | 23.0000 | 2 |
| | 08/07/2010 | 32111-321140 | 1030 | 1600 | | 5.50 | 0.00 | 0.00 | 5.50 | 63.2500 | 2 |
| Sun | 08/08/2010 | 32111-321140 | 0759 | 1100 | | 3.00 | 0.00 | 0.00 | 3.00 | 34.5000 | 2 |
| | 08/08/2010 | 32111-321140 | 1130 | 1630 | | 5.00 | 0.00 | 0.00 | 5.00 | 57.5000 | 2 |
| Wed | 08/11/2010 | 32111-321140 | 0800 | 1100 | | 3.00 | 0.00 | 0.00 | 3.00 | 34.5000 | 2 |
| | 08/11/2010 | 32111-321140 | 1130 | 1700 | | 5.50 | 0.00 | 0.00 | 5.50 | 63.2500 | 2 |
| | | | | | **Totals:** | **56.00** | **0.00** | **0.00** | | **56.00 $644.0000** | |

ALLEN CARL GREEN
321 SW 2<sup>ND</sup> PLACE
APT-1
POMPANO BEACH,FL 33060
E-MAIL ADDRESS:clubromeos@yahoo.com
HOME:1-(954)-515-2474
CELL:1-(561)-441-2616
EEOC CHARGE NUMBER:#510-2011-0074

DEAR SIRS OR MADAMS OF EEOC

I AM WRITING YOU THIS LETTER TO THANK YOU FOR YOUR TIME AND
COOPERATION,INVESTIGATION TO MY FILING A CHARGE AGAINST BOCA
RATON RESORT AND CLUB BUT I WOULD LIKE TO TAKE THIS TIME AND TO
REQUEST A "RIGHT TO SUE LETTER" AS PER MY CONVERSATION WITH
MRS.LINDA AND MR.OZZY BLACK REGARDING THIS MATTER IF YOU HAVE
ANY QUESTIONS OR CONCERNS FEEL FREE TO CALL ME AT THE PHONE
NUMBERS,OR E-MAIL LISTED ABOVE,AGAIN I WOULD LIKE TO THANK YOU
ONCE MORE FOR HELPING ME GET THIS MATTER RESOLVED.


SINCERELY,

ALLEN CARL GREEN

**From:** Congressman Ron Klein (fl22ima@mail.house.gov)
**To:** clubromeos@yahoo.com;
**Date:** Mon, October 4, 2010 6:19:28 PM
**Cc:**
**Subject:** Re: IMA MAIL ON WEBOTH

Dear Friend,

Thank you for taking the time to contact my office.  Unfortunately, since you reside outside of the
22nd Congressional District of Florida, I am required to direct you to your Representative in
Congress.  Please visit www.house.gov and type in your 9 digit zip code to look up your
Representative.  If you believe you have received this message by mistake, please check to make sure
you typed your address correctly.  Thank you again for taking the time to write me.

Sincerely,

Ron Klein
Member of Congress
22nd District, Florida

**From:** Skidmore, Kelly (Kelly.Skidmore@myfloridahouse.gov)
**To:** clubromeos@yahoo.com;
**Date:** Fri, September 24, 2010 9:42:42 AM
**Cc:**
**Subject:** Thank you for writing

Thank you for taking the time to write.  Due to the large volume of Internet mail that I receive, I am sending this automated response to confirm that your E-mail has been received.

I appreciate you taking the time to share your views.  I value your input and welcome your participation in the legislative process.  Please be assured that each letter is read and taken into consideration.  If you would like a written response, please include your name and address so that I may better serve you.  If there is anything my staff or I can do to assist you with any concerns, please feel free to contact us personally.

All the best,


Kelly Skidmore
State Representative, District 90

Legislative Aide: J.J. Piskadlo, Jr.
John.Piskadlo@myfloridahouse.gov

District Aide: Evelyn DuPlecy
Evelyn.DuPlecy@myfloridahouse.gov

District Office: (561) 470-6593
Capitol Office: (850) 488-1302

11/7/2010 3:21 PM

**From:** clubromeos@yahoo.com (clubromeos@yahoo.com)
**To:** maria.sachs@myfloridahouse.gov;
**Date:** Fri, September 24, 2010 9:43:57 AM
**Cc:** clubromeos@yahoo.com;
**Subject:** From 'Write Your Representative' Website

ALLEN CARL GREEN
4041 NORTH OCEAN BLVD
APT-212
FORT LAUDERDALE,FL 33308-
(561)441-2616

09/24/10 9:43 AM

To the Honorable Maria Lorts Sachs;

Company Name = BOCA RATON RESORT AND CLUB
Company Contact = DONNA WINTERS,JOHN RUDOLPH,INGRID GARCIA
Company Address = 501 EAST CAMINO REAL
City = BOCA RATON
State/Prov = FL
Zip2 = 333432
Country = United States
Company phone = 561-395-3000
Incident = I APPLIED FOR THIS JOB 07/13/2010 AND MY JOB TITTLE WAS CHEF DE
PARTE,MY BASIS FOR MY CLAIM OF EMPLOYMENT
DISCRIMINATION,RACE,COLOR,THREATS,VERBAL,HUMILIATION,RACE
DISCRIMINATION BY DONNA WINTERS,EXECUTIVE CHEF ON 07/24/2010 MRS WINTERS
HAS REPEATEDLY THREATENED TO STRANGLE ME IN FRONT OF OTHER
EMPLOYEES,AND HAS CURSED ME ON SEVERAL DIFFERENT OCCASIONS.ON 07/25/2010
MRS WINTERS TOLD ME THAT IF I WAS TO REPORT THIS MATTER TO HUMAN
RESOURCES THAT SHE WAS GONNA LIE AND TELL THEM THAT I AM ALWAYS LATE
FOR WORK AND SOMETIMES I DONT BOTHER SHOWING UP FOR WORK.MRS WINTERS
HAS MADE IT VERY CLEAR THAT SHE DOES NOT LIKE AFRICAN NOR AFRICAN-
AMERICANS AND DOES HER BEST TO MAKE YOUR WORK EXPERIENCE AT BOCA
RATON RESORT AND CLUB VERY UNCOMFORTABLE TO THE POINT WHERE YOU
WANNA QUIT ON YOUR OWN,AND HAS TOLD ME ON SEVERAL OCCASIONS THAT IF I
DIDNT LIKE WHAT WAS GOING ON I CAN JUST WALK.I WENT TO SPEAK WITH CHEF
JOHN RUDOLPH TO FIND OUT THAT HE AGREES WITH MRS WINTERS ON HER ACTIONS
 AND HOW SHE TREATS THE EMPLOYEES.I THEN WENT TO INGRID GARCIA,HUMAN
RESOURCES RECRUITER,VIA VERBAL REQUEST TO TRANSFER ME TO ANOTHER
LOCATION AND WAS TOLD THAT THERE ARE A LOT OF COMPLAINTS AGAINST MRS
WINTERS AND THAT SHE WAS IN THE WRONG FOR TREATING THE EMPLOYEES THE
WAY SHE DOES AND SHE SHOULD NOT HAVE HER JOB,BUT I CANNOT BE
TRANSFERRED BECAUSE MY 90 DAY PROBATION PERIOD WASNT UP.

**From:** clubromeos@yahoo.com (clubromeos@yahoo.com)
**To:** Mark.Pafford@myfloridahouse.gov;
**Date:** Fri, September 24, 2010 9:45:36 AM
**Cc:** clubromeos@yahoo.com;
**Subject:** From 'Write Your Representative' Website

ALLEN CARL GREEN
4041 NORTH OCEAN BLVD
APT-212
FORT LAUDERDALE,FL 33308-
(561)441-2616

09/24/10 9:45 AM

To the Honorable Mark S. Pafford;

Company Name = BOCA RATON RESORT AND CLUB
Company Contact = DONNA WINTERS,JOHN RUDOLPH,INGRID GARCIA,JENNIFER WRIGHT
Company Address = 501 EAST CAMINO REAL
City = BOCA RATON
State/Prov = FL
Zip2 = 333432
Country = United States
Company phone = 561-395-3000
Incident = I APPLIED FOR THIS JOB 07/13/2010 AND MY JOB TITTLE WAS CHEF DE
PARTE,MY BASIS FOR MY CLAIM OF EMPLOYMENT
DISCRIMINATION,RACE,COLOR,THREATS,VERBAL,HUMILIATION,RACE
DISCRIMINATION BY DONNA WINTERS,EXECUTIVE CHEF ON 07/24/2010 MRS WINTERS
HAS REPEATEDLY THREATENED TO STRANGLE ME IN FRONT OF OTHER
EMPLOYEES,AND HAS CURSED ME ON SEVERAL DIFFERENT OCCASIONS.ON 07/25/2010
MRS WINTERS TOLD ME THAT IF I WAS TO REPORT THIS MATTER TO HUMAN
RESOURCES THAT SHE WAS GONNA LIE AND TELL THEM THAT I AM ALWAYS LATE
FOR WORK AND SOMETIMES I DONT BOTHER SHOWING UP FOR WORK.MRS WINTERS
HAS MADE IT VERY CLEAR THAT SHE DOES NOT LIKE AFRICAN NOR AFRICAN-
AMERICANS AND DOES HER BEST TO MAKE YOUR WORK EXPERIENCE AT BOCA
RATON RESORT AND CLUB VERY UNCOMFORTABLE TO THE POINT WHERE YOU
WANNA QUIT ON YOUR OWN,AND HAS TOLD ME ON SEVERAL OCCASIONS THAT IF I
DIDNT LIKE WHAT WAS GOING ON I CAN JUST WALK.I WENT TO SPEAK WITH CHEF
JOHN RUDOLPH TO FIND OUT THAT HE AGREES WITH MRS WINTERS ON HER ACTIONS
 AND HOW SHE TREATS THE EMPLOYEES.I THEN WENT TO INGRID GARCIA,HUMAN
RESOURCES RECRUITER,VIA VERBAL REQUEST TO TRANSFER ME TO ANOTHER
LOCATION AND WAS TOLD THAT THERE ARE A LOT OF COMPLAINTS AGAINST MRS
WINTERS AND THAT SHE WAS IN THE WRONG FOR TREATING THE EMPLOYEES THE
WAY SHE DOES AND SHE SHOULD NOT HAVE HER JOB,BUT I CANNOT BE
TRANSFERRED BECAUSE MY 90 DAY PROBATION PERIOD WASNT UP.

11/7/2010 3:20 PM



To: EEOC

From: Allen Carl Coreen

Fax: 305-808-1834

Pages: 2

Phone: 305-808-1745

Date: 10/27/2010

Re: Right To Sue Letter

cc: 561-441-2616

☑ Urgent    ☐ For Review    ☐ Please Comment    ☑ Please Reply    ☐ Please Recycle

EEOC Charge Number # 510-2011-0074